**PHILIP J. DEVLIN**
**CLERK OF COURT**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
**262 W. Nueva St., Suite 1-400**
**San Antonio, Texas 78207**

**ANNETTE**
**FRENCH**
**CHIEF DEPUTY**

October 20, 2025

Matthew Mutch
173 Caddell Lane
New Braunfels, TX 78130

RE: Case #5:25-CV-01311-JKP

Dear Mr. Mutch:

Your Complaint was filed in our office on 10/9/2025 and assigned the above case number. Please reference this case number on all future documents submitted for filing in the above case number. Please be advised you must keep the court informed of your current address throughout the pendency of your case. Failure to do so may result in dismissal of your case for want of prosecution.

Sincerely,

By___dg_____
Deputy Clerk