AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| Matthew Mutch | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:25-cv-01311-JKP |
| TransUnion LLC et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nelnet Servicing, LLC, incorrectly named as "Nelnet, Inc."

Date: 11/14/0202

/s/ Brandon S. Stein
*Attorney's signature*

Brandon S. Stein (AZ 038536)
*Printed name and bar number*

2415 E. Camelback Road, Suite 500
Phoenix, AZ 85016

*Address*

Brandon.Stein@HuschBlackwell.com
*E-mail address*

(480) 824-7890
*Telephone number*

(480) 824-7905
*FAX number*