UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MATTHEW MUTCH, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § Civil Action No. 5:25-cv-01311-JKP <br> TRANSUNION LLC; EQUIFAX, INC.; § <br> EXPERIAN SERVICES CORP.'  § <br> AMERICAN EXPRESS COMPANY; § <br> NELNET, INC., § <br> § <br> Defendants. § | |

### ORDER

Upon consideration of Defendant Nelnet, LLC's Unopposed Motion for Initial Extension of Time to File Responsive Pleading to Plaintiff's Complaint (the "Motion") (ECF No. 6) and any Response thereto, the Court is of the opinion that the Motion should in all things be GRANTED.

Nelnet Servicing, LLC shall have until December 16, 2025 to file its response to Plaintiff's Complaint.

SO ORDERED.

Signed on _____, at San Antonio, Texas.

_____
Hon. Jason K. Pulliam
United States District Judge