UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MATTHEW MUTCH,<br><br>    Plaintiff,<br>v.<br><br>TRANSUNION LLC; EQUIFAX, INC.;<br>EXPERIAN SERVICES CORP.;<br>AMERICAN EXPRESS COMPANY;<br>NELNET, INC.,<br><br>    Defendants. | Civil Action No. 5:25-cv-01311-JKP |

## NELNET SERVICING, LLC'S NOTIFICATION AS TO AFFILIATES AND CORPORATE DISCLOSURE FORM

Defendant Nelnet Servicing, LLC, incorrectly named as "Nelnet, Inc.", by and through the undersigned Counsel, and pursuant to Fed. R. Civ. P. 7.1, hereby discloses:

1. Nelnet Servicing, LLC is a wholly owned subsidiary of Nelnet Diversified Solutions, LLC.

2. Nelnet Diversified Solutions, LLC is a wholly owned subsidiary of Nelnet, Inc.

3. Nelnet, Inc. (NNI) is a publicly-held corporation with no parent corporation.

4. Nelnet, Inc. is not aware of any publicly held corporation or other publicly held entity that owns 10% percent or more of its stock.

DATE: November 12, 2025        Respectfully submitted,

                                            HUSCH BLACKWELL LLP

                                            By: */s/ Brandon S. Stein*
                                            Brandon S. Stein
                                            HUSCH BLACKWELL LLP
                                            2415 E. Camelback Road, Suite 500
                                            Phoenix, AZ 85016
                                            (480) 824-7890 – Telephone
                                            (480) 824-7905 – Facsimile
                                            Brandon.Stein@HuschBlackwell.com

ATTORNEYS FOR DEFENDANT NELNET SERVICING, LLC

**<u>CERTIFICATE OF SERVICE</u>**

  I certify that a copy of the foregoing has been served upon the following on November 12, 2025, via the CM/ECF Filing system, and via electronic mail to:

Matthew Mutch
173 Caddell Lane
New Braunfels, TX 78130
mattmutch@gmail.com

            By: */s/ Brandon S. Stein*
               Brandon S. Stein