| | |
|---|---|
| Name: Matthew Mutch<br>Address: 173 Caddell Lane<br>New Braunfels, TX 78130<br>Phone Number: (562) 458-7790<br>Email Address: mattmutch@gmail.com<br>*Pro Se* | **FILED**<br>November 11, 2025<br>CLERK, U.S. DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>BY: _____MGR_____<br>DEPUTY |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| Matthew Mutch,<br><br>PLAINTIFF(S)<br>v.<br>Transunion LLC; Equifax Inc; Experian Service Corp.; American Express Company; Nelnet, Inc.<br><br>DEFENDANT(S) | CASE NUMBER<br>5:25-cv-01311-JKP<br><br>**APPLICATION FOR PERMISSION TO FILE ELECTRONICALLY** |

As the ☒ Plaintiff ☐ Defendant in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases and the Local Court Rules available on the Court's website at www.txwd.uscourts.gov.

2. I understand that once I register for e-filing, I will receive notices and documents in this instant case only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*

   ☑ A Computer with internet access.

   ☑ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   ☑ A scanner to convert documents that are only in paper format into electronic files.

   ☑ A printer or copier to create required paper copies such as chambers copies.

   ☑ A word-processing program to create documents; and

   ☑ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: 11/11/2025         Signature: *Matthew Mutch*