UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **MATTHEW MUTCH,** | § § § | |
| *Plaintiff,* | § § | Civil Action: 5:25-cv-01311 |
| **v.** | § § | |
| **TRANSUNION LLC, EQUIFAX INC., EXPERIAN SERVICES CORP, AMERICAN EXPRESS COMPANY, NELNET, INC.** | § § § § § § | |
| *Defendants.* | | |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Experian Information Solutions, Inc. ("Experian"), improperly identified as Experian Services Corp., hereby certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

1. Parent Companies: The ultimate parent company of Experian is **Experian plc**.

2. Subsidiaries Not Wholly Owned: The following companies are the US-based subsidiaries of **Experian plc** that are not wholly owned and are not publicly traded:

    a. Central Source LLC

    b. New Management Services LLC

    c. Online Data Exchange LLC

    d. Opt-Out Services LLC

    e. VantageScore Solutions LLC

2

3. Publicly Held Companies: **Experian plc** indirectly owns 100 percent of Experian. **Experian plc** is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

Date: November 18, 2025                                Respectfully submitted,

*/s/ Vincent J. Hess*
Vincent J. Hess
Texas Bar No. 09549417
TROUTMAN PEPPER LOCKE LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Vince.hess@troutman.com
Tel: (214) 740-8000
Fax: (214) 740-8800

*Counsel for Defendant Experian Information Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2025, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record. I further certify that I served a copy by electronic mail upon:

Matthew Mutch, Plaintiff Pro Se
173 Caddell Ln
New Braunsfels, TX 78130
mattmutch@gmail.com
562-458-7790

*/s/ Vincent J. Hess*
Vincent J. Hess

*Counsel for Defendant Experian Information Solutions, Inc.*