IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MATTHEW MUTCH, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § Case No. 5:25-CV-01311-JKP <br> TRANSUNION LLC, EQUIFAX, INC., § <br> EXPERIAN SERVICES CORP., § <br> AMERICAN EXPRESS COMPANY, and § <br> NELNET, INC. § <br> § <br> Defendants. § | |

**DEFENDANT TRANS UNION LLC'S RULE 7.1(a) DISCLOSURE STATEMENT**

Defendant Trans Union LLC, through its undersigned counsel and pursuant to Federal Rules of Civil Procedure 7.1, hereby certifies the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity on the New York Stock Exchange under the ticker symbol: TRU. Massachusetts Financial Services Company, a publicly traded entity, owns 10% or more of TransUnion's stock. No public company directly owns 10% or more of the ownership in Trans Union LLC.

Respectfully submitted,

*/s/ Marc F. Kirkland*
Marc F. Kirkland
Texas Bar No. 24046221
mkirkland@qslwm.com
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.

1

        6900 N. Dallas Parkway, Suite 800  
        Plano, Texas 75024  
        Telephone: (214) 560-5454  
        Fax: (214) 871-2111  
        ***Counsel for Trans Union LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of November 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Vincent J. Hess
Troutman Pepper Locke LLP
2200 Ross Avenue
Ste 2800
Dallas, TX 75201
214-740-8732
vince.hess@troutman.com
***Counsel for Experian Services Corp.***

Brandon S. Stein
Husch Blackwell LLP
2415 E. Camelback Road
Suite 500
Phoenix, AZ 85016
480-824-7890
brandon.stein@huschblackwell.com
***Counsel for Nelnet, Inc.***

Cullen Garrett Pick
Morgan Lewis and Bockius LLP
1000 Louisiana Street
Suite 4000
Houston, TX 77002
713-890-5000
Fax: 713-890-5001
cullen.pick@morganlewis.com
***Counsel for American Express Company***

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the 19th day of November, 2025, properly addressed as follows:

Matthew Mutch
173 Caddell Lane
New Braunfels, TX 78130
***Pro Se Plaintiff***

　　　　　　　　　　　　　　　　　　　　　　*/s/ Marc F. Kirkland*
　　　　　　　　　　　　　　　　　　　　　　**MARC F. KIRKLAND**
　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Trans Union, LLC*

3