FILED
November 26, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____MGR_____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| **MATTHEW MUTCH,** § | |
| **Plaintiff** § | |
| § | |
| v. § | Civil Action No. 5:25-cv-01311-JKP |
| § | |
| **TRANSUNION, LLC; EQUIFAX, INC;** § | |
| **EXPERIAN INFORMATION** § | |
| **SOLUTIONS, INC.; AMERICAN** § | |
| **EXPRESS NATIONAL BANK;** § | |
| **NELNET SERVICING LLC,** § | |
| **Defendant(s)** § | |

## NOTICE OF SERVICE OF PROCESS

Plaintiff Matthew Mutch, proceeding pro se, respectfully files this Notice of Service of Process in accordance with Fed. R. Civ. P. 4(l)(1) and states as follows:

On or about October 28–29, 2025, the Summons and Verified Complaint for Damages and Demand for Jury Trial were duly served upon each Defendant named in this action. Proofs of service have been executed and are hereby noticed to the Court as follows:

1. **TransUnion, LLC**
   Served on: October 29, 2025

    Agent: Kaneisha Gross, Prentice-Hall Corporation System
    Address: 211 E. 7th St., Ste. 620, Austin, TX 78701
    Server: Kelly Murski
    Service Fee: $34.00

2. **Equifax, Inc.**
   Served on: October 29, 2025
   Agent: Kaneisha Gross, Prentice-Hall Corporation System
   Address: 211 E. 7th St., Ste. 620, Austin, TX 78701
   Server: Kelly Murski
   Service Fee: $34.00

3. **Experian Service Corp.**
   Served on: October 28, 2025
   Agent: Haile Greenlee, CT Corporation System
   Address: 1999 Bryan St., Ste. 900, Dallas, TX 75201
   Server: Christopher Juarez
   Service Fee: $34.00

4. **American Express Company**
   Served on: October 29, 2025
   Agent: Johanna Esparza, Operations Assistant
   Address: 43 Butterfield Cir., Legal Dept., El Paso, TX 79906
   Server: Richard Dominguez
   Service Fee: $34.00

5. **Nelnet, Inc.**
   Served on: October 28, 2025
   Agent: Haile Greenlee, CT Corporation System
   Address: 1999 Bryan St., Ste. 900, Dallas, TX 75201
   Server: Christopher Juarez
   Service Fee: $34.00

    Plaintiff respectfully notifies the Court that service upon all named Defendants is now complete and executed affidavits of service have been obtained in accordance with Fed. R. Civ. P. 4(c)(2) and 4(l).

Dated: November 26th, 2025                    Respectfully Submitted,
                                              /s/ *Matthew Mutch*
                                              Matthew Mutch, Plaintiff, Pro Se
                                              173 Caddell Ln
                                              New Braunfels, TX 78130
                                              Phone: (562) 458-7790
                                              Email: mattmutch@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of November, 2025, I caused a true and correct copy of the foregoing *Notice of Service of Process*, to be filed with the United States District Court for the Western District of Texas, San Antonio Division, and served upon the court listed below by utilizing the court's e-filing system:

**United States District Court**
Western District of Texas
Executive Office of the Clerk
262 West Nueva Street
Room 1-400
San Antonio, Texas 78207

I certify that the foregoing was submitted in compliance with the applicable Federal rules of Civil Procedure and Local rules of the Western District of Texas.

                                              /s/ *Matthew Mutch*

Civil Action No.    5:25-cv-01311-JKP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **American Express Company**
was recieved by me on  **10/28/2025:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[x]   I served the summons on **OPERATIONS ASSISTANT: JOHANNA ESPARZA**, who is designated by law to accept service of process on behalf of **American Express Company** at **43 Butterfield Cir Legal Dept., El Paso, TX 79906** on **10/29/2025 at 2:14 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 34.00** for services, for a total of **$ 34.00**.

I declare under penalty of perjury that this information is true.

Date:   10/29/2025

*Server's signature*

**Richard Dominguez**
*Printed name and title*

**3469 Broken Arrow Dr
EL PASO, TX 79936**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, COMPLAINT FOR VIOLATIONS OF THE FAIR CREDIT REPORTING ACT AND JURY DEMAND; SUMMONS,  to OPERATIONS ASSISTANT: JOHANNA ESPARZA who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired Hispanic female contact 35-45 years of age, 5'6"-5'8" tall and weighing 240-300 lbs.**




Tracking #: **0192885645**

Civil Action No.    **5:25-cv-01311-JKP**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Equifax, Inc.**
was recieved by me on  **10/26/2025:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Kaneisha Gross**, who is designated by law to accept service of process on behalf of **Equifax, Inc.** at **211 E 7th St Ste 620, Austin, TX 78701** on **10/29/2025 at 3:13 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:  10/29/2025

*Server's signature*

**Kelly Murski**
*Printed name and title*

**3575 Far West Blvd - UPS - Signture is required
Unit #27011
Austin, TX 78755**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT FOR VIOLATIONS OF THE FAIR CREDIT REPORTING ACT AND JURY DEMAND, to Kaneisha Gross who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired black female contact 25-35 years of age, 5'4"-5'6" tall and weighing 180-200 lbs.**




Tracking #: **0192885399**

Civil Action No.    **5:25-cv-01311-JKP**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **Experian Service Corp.**
was recieved by me on  **10/26/2025:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Haile Greenlee**, who is designated by law to accept service of process on behalf of **Experian Service Corp.** at **1999 Bryan St Ste 900, Dallas, TX 75201** on **10/28/2025 at 2:58 PM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:  10/28/2025

*Server's signature*

**Christopher Juarez**
*Printed name and title*

**1520 N Beckley Ave
Dallas, TX 75203**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT FOR VIOLATIONS OF THE FAIR CREDIT REPORTING ACT AND JURY DEMAND,  to Haile Greenlee who identified themselves as the person authorized to accept. The individual appeared to be a brown-haired white female contact 25-35 years of age, 5'4"-5'6" tall and weighing 160-180 lbs with glasses.**





Tracking #: **0192689413**

Civil Action No.    **5:25-cv-01311-JKP**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Nelnet, Inc.**
was recieved by me on  **10/26/2025:**

☐   I personally served the summons on the individual at *(place)* on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Haile Greenlee**, who is designated by law to accept service of process on behalf of **Nelnet, Inc.** at **1999 Bryan St Ste 900, Dallas, TX 75201** on **10/28/2025 at 2:58 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:  10/28/2025

*Server's signature*

**Christopher Juarez**
*Printed name and title*

**1520 N Beckley Ave**
**Dallas, TX 75203**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT FOR VIOLATIONS OF THE FAIR CREDIT REPORTING ACT AND JURY DEMAND,  to Haile Greenlee who identified themselves as the person authorized to accept. The individual appeared to be a brown-haired white female contact 25-35 years of age, 5'4"-5'6" tall and weighing 160-180 lbs with glasses.**



Tracking #: **0192689442**



Civil Action No.    **5:25-cv-01311-JKP**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Transunion LLC**
was recieved by me on  **10/26/2025:**

☐  I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Kaneisha Gross**, who is designated by law to accept service of process on behalf of **Transunion LLC** at **211 E 7th St Ste 620, Austin, TX 78701** on **10/29/2025 at 3:13 PM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:   10/29/2025

*Server's signature*

**Kelly Murski**
*Printed name and title*

**3575 Far West Blvd - UPS - Signture is required**
**Unit #27011**
**Austin, TX 78755**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT FOR VIOLATIONS OF THE FAIR CREDIT REPORTING ACT AND JURY DEMAND,  to Kaneisha Gross who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired black female contact 25-35 years of age, 5'4"-5'6" tall and weighing 180-200 lbs.**




Tracking #: **0192885214**