

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

MATTHEW MUTCH,

Plaintiff

CASE NUMBER: 5:25-CV-01311-JKP

(Supplied by Clerk's Office)

TRANSUNION, LLC; EQUIFAX, INC; EXPERIAN INFORMATION SOLUTIONS, INC.;

AMERICAN EXPRESS NATIONAL BANK; NELNET SERVICING, LLC.,

Defendants

# ADVISORY TO THE COURT OF PLAINTIFF'S INTENT TO AMEND COMPLAINT

COMES NOW Plaintiff, Matthew Mutch, and files this Advisory of Intent to Amend the Complaint to correct the names of the Defendants previously identified as the following:

"Experian Services Corp." to reflect the accurate legal entity, Experian Information Solutions, Inc., as disclosed in the Defendant's Corporate Disclosure Statement filed on November 18, 2025.

"Nelnet Inc." to reflect the accurate legal entity, Nelnet Servicing, LLC, as disclosed in the Defendant's Corporate Disclosure Statement on November 12, 2025.

"American Express Company" to reflect the accurate legal entity, "American Express National Bank" as disclosed in email communications by Defendant's legal counsel on November 18, 2025.

Plaintiff respectfully notifies the Court and all parties of record that he will file a First Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2), and in accordance with Judge Pulliam's Standing Orders (October 21, 2025), within seven (7) days of the filing of this Advisory.

Dated: November 18, 2025

Respectfully submitted,

/s/ Matthew Mutch
Matthew Mutch
Plaintiff, Pro Se
173 Caddell Lane
New Braunfels, TX 78130
Phone: 562 458-7790
Email: mattmutch@gmail.com