FILED
December 01, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____MGR_____
                              DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| MATTHEW MUTCH, § | |
| Plaintiff § | |
| § | |
| v. § | Civil Action No. 5:25-cv-01311-JKP |
| § | |
| TRANSUNION, LLC; EQUIFAX, INC; § | |
| EXPERIAN INFORMATION § | |
| SOLUTIONS, INC.; AMERICAN § | |
| EXPRESS NATIONAL BANK; § | |
| NELNET SERVICING LLC, § | |
| Defendant(s) § | |

# PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED RESPONSE TO DEFENDANTS' JOINT MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Matthew Mutch respectfully moves for leave to file an amended response to Defendants' Joint Motion to Dismiss (Doc. 9), and in support states as follows:

## I. BACKGROUND

1

1. On November 18, 2025, Defendants filed a Joint Motion to Dismiss Plaintiff's Verified Complaint (Doc. 9).

2. Plaintiff timely filed his Response in Opposition to the Motion to Dismiss on November 26, 2025.

3. Upon subsequent review of the Court's docket and standing orders, Plaintiff identified a procedural defect in Defendants' Motion to Dismiss—namely, that Equifax Inc., a nongovernmental corporate party, failed to file the required corporate disclosure statement under Fed. R. Civ. P. 7.1(a)(1) and in violation of the Court's Standing Order issued by Judge Pulliam.

4. Because this defect implicates the procedural propriety of the joint motion, Plaintiff seeks leave to amend his opposition to include a new section addressing this issue and requesting that the Court strike the entire Joint Motion to Dismiss accordingly.

## II. ARGUMENT

5. Granting leave to amend will not cause prejudice or delay, as no ruling has yet issued on the pending motion to dismiss.

6. The proposed amendment will assist the Court by presenting newly discovered procedural facts and relevant authority in one coherent opposition.

7. This request is made in good faith and in the interest of judicial economy.

## III. CONFERENCE CERTIFICATION

Pursuant to Local Rule CV-7(g), Plaintiff conferred with counsel for Defendants via email on November 27, 2025, requesting a response with their position on this motion before

November 29, 2025 at 5:00PM CST. As of the filing of this motion, no response was received from Equifax, Transunion, or Experian's counsels.

## IV. PRAYER

WHEREFORE, Plaintiff respectfully requests that the Court grant leave to file the attached Amended Response in Opposition to Defendants' Joint Motion to Dismiss, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ Matthew Mutch
Matthew Mutch
Plaintiff, Pro Se
173 Caddell Lane
New Braunfels, TX 78130
Email: mattmutch@gmail.com
Phone: (562) 458-7790

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of December 2025, a true and correct copy of the foregoing was filed with the Clerk of the Court and served upon the following counsel of record via the Court's CM/ECF system.

Marc F. Kirkland Texas Bar No. 24046221
mkirkland@qslwm.com
QUILLING, SELANDER, LOWNDS, WINSLETT &MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5454
Counsel for Trans Union LLC

Vincent J. Hess
Vince.hess@troutman.com
Troutman Pepper Locke LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Counsel for Experian Information Solutions, Inc.

CLARK HILL PLC
2301 Broadway St.
San Antonio, Texas 78215
FORREST M. "TEO" SEGER III
TSeger@clarkhill.com
Counsel for Defendant, Equifax Inc.

Cullen Garrett Pick
Morgan Lewis and Bockius LLP
1000 Louisiana Street
Suite 4000
Houston, TX 77002
713-890-5000
cullen.pick@morganlewis.com

Brandon S. Stein
Husch Blackwell LLP
2415 E. Camelback Road
Suite 500
Phoenix, AZ 85016
480-824-7890
brandon.stein@huschblackwell.com

/s/ Matthew Mutch
Matthew Mutch