# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **MATTHEW MUTCH,** | § | |
| **Plaintiff** | § | |
| | § | |
| v. | § | Civil Action No. 5:25-cv-01311-JKP |
| | § | |
| **TRANSUNION, LLC; EQUIFAX, INC;** | § | |
| **EXPERIAN INFORMATION** | § | |
| **SOLUTIONS, INC.; AMERICAN** | § | |
| **EXPRESS NATIONAL BANK;** | § | |
| **NELNET SERVICING LLC,** | § | |
| **Defendant(s)** | § | |

# [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE

Before the Court is Plaintiff's Motion for Leave to File a Motion to Strike and Plaintiff's Motion to Strike Defendants' Joint Motion to Dismiss (Doc. 9). The Court, having considered the motion, applicable law, and the record, finds that the motion should be GRANTED.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion for Leave to File a Motion to Strike is GRANTED.
2. Plaintiff's Motion to Strike (Doc. ___) is GRANTED.

1

3. The Joint Motion to Dismiss filed by Defendants on November 18, 2025 (Doc. 9), is hereby STRICKEN in its entirety from the record for failure to comply with Fed. R. Civ. P. 7.1 and the Court's Standing Order.

IT IS SO ORDERED.

Signed this ___ day of _____, 2025.



Hon. Jason Pulliam
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of November 2025, a true and correct copy of the foregoing was filed with the Clerk of the Court and served upon the following counsel of record via the Court's CM/ECF system.

Marc F. Kirkland Texas Bar No. 24046221
mkirkland@qslwm.com
QUILLING, SELANDER, LOWNDS, WINSLETT &MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5454
Counsel for Trans Union LLC

Vincent J. Hess
Vince.hess@troutman.com
Troutman Pepper Locke LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Counsel for Experian Information Solutions, Inc.

CLARK HILL PLC
2301 Broadway St.
San Antonio, Texas 78215
FORREST M. "TEO" SEGER III
TSeger@clarkhill.com

2

Counsel for Defendant, Equifax Inc.

Cullen Garrett Pick
Morgan Lewis and Bockius LLP
1000 Louisiana Street
Suite 4000
Houston, TX 77002
713-890-5000
cullen.pick@morganlewis.com

Brandon S. Stein
Husch Blackwell LLP
2415 E. Camelback Road
Suite 500
Phoenix, AZ 85016
480-824-7890
brandon.stein@huschblackwell.com


                                                      <u>/s/ Matthew Mutch</u>
                                                      Matthew Mutch