UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MATTHEW MUTCH, | § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 5:25-cv-01311-JKP |
| TRANSUNION, LLC; EQUIFAX, INC.; EXPERIAN SERVICE CORP; AMERICAN EXPRESS COMPANY; NELNET, INC.; | § § § § § | |
| Defendants. | § | |

## DEFENDANT EQUIFAX INC.'S
## CORPORATE DISCLOSURE STATEMENT

Defendant Equifax Inc. submits the following Corporate Disclosure Statement:

Equifax Inc. is a publicly traded company on the New York Stock Exchange.

Dated: December 1, 2025               Respectfully submitted,


By: */s/ Forrest M. "Teo" Seger III*
**FORREST M. "TEO" SEGER III**
Texas Bar No. 24070587
TSeger@clarkhill.com
**CLARK HILL PLC**
2301 Broadway St.
San Antonio, Texas 78215
(210) 250-6000
(210) 250-6100 (Fax)

**ATTORNEY FOR DEFENDANT,
EQUIFAX INC.**

337215\285039951.v1

2

# CERTIFICATE OF SERVICE

      I hereby certify that on December 1, 2025, a true and correct copy of the foregoing *Defendant Equifax Inc.'s Corporate Disclosure Statement* was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

      I further certify that on December 1, 2025, a true and correct copy of the foregoing *Defendant Equifax Inc.'s Corporate Disclosure Statement* was served on Pro Se Plaintiff, via United States Mail, first class postage prepaid, to the following address:

> Matthew Mutch
> 173 Caddell Lane
> New Braunfels, Texas 78130
> *Pro Se Plaintiff*

      */s/ Forrest M. "Teo" Seger III*
      FORREST M. "TEO" SEGER III