# EXHIBIT 1

**From:**

**Matthew Mutch**
173 Caddell Ln
New Braunfels, TX 78130
(562) 458-7790

**Date:** 06/05/2025

**To:**
Nelnet
Attn: Credit Reporting Department
P.O. Box 82561
Lincoln, NE 68501

**Subject:** Formal Dispute of Inaccurate Credit Reporting Under 15 U.S.C. § 1681s-2
 **Account #: 90000083838****

*NOTICE TO AGENT IS NOTICE TO PRINCIPAL, NOTICE TO PRINCIPAL IS NOTICE TO AGENT*

To Whom It May Concern:

This letter constitutes a formal notice of dispute regarding the information you are furnishing to the consumer reporting agencies about the above-referenced account. This dispute, which has also been made to TransUnion, Equifax, and Experian, is pursuant to the Fair Credit Reporting Act (FCRA) including **15 U.S.C. § 1681s-2(a)** (duty to report accurate information) and **§ 1681s-2(b)** (duty to investigate disputes after notice from a consumer reporting agency or directly from the consumer). Please refer to the attached credit report (**Exhibit A**).

Your tradeline for DEPTEDNELNET as reported by all three credit bureaus contains multiple inaccuracies, including but not limited to:

- Date Opened
- Last Reported Date
- Date Last Active
- Date of Last Payment

I request that you conduct a thorough investigation of this account and correct or delete any information that cannot be verified with complete accuracy. If the inaccuracies are not corrected within a reasonable time, they will constitute a violation of 15 U.S.C. § 1681s-2(b), and I reserve the right to pursue legal remedies including claims for actual, statutory, and punitive damages under 15 U.S.C. § 1681n and § 1681o.

1

Please confirm in writing that you have received this dispute and that you will be initiating a good-faith investigation. If the account is verified as accurate, I request a detailed explanation and documentation supporting each disputed entry.

Enclosed are copies of the relevant portions of my credit report and documentation verifying my identity and address.

Sincerely,

Matthew Mutch
173 Caddell Ln
New Braunfels, TX 78130
(562) 458-7790
bloussant@gmail.com
SSN: XXX-XX-4321

**Enclosures:**

- Government-issued ID (Passport card)
- Proof of address (Driver's License)
- Credit report highlighting disputed data (**Exhibit A**)

2