## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS (SAN ANTONIO DIVISION)

| | |
|---|---|
| Matthew Mutch, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) Case No. 5:25-cv-01311-JKP |
| Transunion, LLC, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

### DEFENDANT AMERICAN EXPRESS NATIONAL BANK'S ANSWER AND AFFIRMATIVE DEFENSES IN RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant American Express National Bank ("American Express") hereby answers the First Amended Complaint (the "Amended Complaint") filed by Plaintiff Matthew Mutch ("Plaintiff") as follows:

1.      Answering Paragraph 1 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 and, on that basis, denies the allegations contained therein.

2.      Answering Paragraph 2 of the Amended Complaint, American Express admits that Plaintiff first erroneously sued American Express as "American Express Company" and amended his Complaint to identify the correct entity, American Express National Bank.

3.      Answering Paragraph 3 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is

required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 3 and, on that basis, denies the allegations contained therein.

4.      Answering Paragraph 4 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 4 and, on that basis, denies the allegations contained therein.

5.      Answering Paragraph 5 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 5 and, on that basis, denies the allegations contained therein.

6.      Answering Paragraph 6 of the Amended Complaint, American Express denies the allegations contained therein and all allegations in Plaintiffs "Verified Complaint filed in October 2025," which was superseded by Plaintiff's Amended Complaint.

<u>**VERIFIED COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL**</u>

**I. INTRODUCTION**

1.      Answering Paragraph 1 of the Amended Complaint, American Express states that Plaintiff purports to bring this action for alleged violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*. ("FCRA"), but American Express denies that it violated the FCRA, denies any liability to Plaintiff, and denies that Plaintiff is entitled to any relief whatsoever.

2.      Answering Paragraph 2 of the Amended Complaint, American Express denies the allegations contained therein.

3.      Answering Paragraph 3 of the Amended Complaint, American Express denies the allegations contained therein.

4.      Answering Paragraph 4 of the Amended Complaint, American Express admits that Plaintiff seeks the relief listed therein but denies that Plaintiff is entitled to any relief whatsoever.

## II. DEMAND FOR JURY TRIAL

5.      Answering Paragraph 5 of the Amended Complaint, American Express admits that Plaintiff demands a trial by jury but denies that Plaintiff is entitled to any relief whatsoever.

## JURISDICTION AND VENUE

6.      Answering Paragraph 6 of the Amended Complaint, American Express does not challenge the jurisdiction of this Court for purposes of this action only, but American Express denies that Plaintiff has sufficiently alleged any claim, denies any liability to Plaintiff under the FCRA, and denies that Plaintiff is entitled to any relief whatsoever.  American Express further states that Plaintiff's claims are subject to binding arbitration and American Express specifically reserves, and does not waive, the right to compel arbitration of such claims.

7.      Answering Paragraph 7 of the Amended Complaint, American Express does not challenge the venue for purposes of this action only, but American Express denies that Plaintiff has sufficiently alleged any claim, denies any liability to Plaintiff under the FCRA, and denies that Plaintiff is entitled to any relief whatsoever.  American Express further states that Plaintiff's claims are subject to binding arbitration and American Express specifically reserves, and does not waive, the right to compel arbitration of such claims.

8.      Answering Paragraph 8 of the Amended Complaint, American Express admits that upon information and belief, Plaintiff resides in Comal County, Texas.

9.      Answering Paragraph 9 of the Amended Complaint, American Express admits in conducts business in San Antonio, Texas, but denies the remaining allegations of Paragraph 9.

## IV. PARTIES

10.     Answering Paragraph 10 of the Amended Complaint, American Express states that this Paragraph contains legal conclusions and, therefore, no response is required. To the extent a response is required, American Express states that the FCRA speaks for itself and American Express denies any and all allegations inconsistent therewith. American Express admits that upon information and belief, Plaintiff resides in Comal County, Texas.

11.     Answering Paragraph 11 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required. To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 11 and, on that basis, denies the allegations contained therein.

12.     Answering Paragraph 12 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required. To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 12 and, on that basis, denies the allegations contained therein.

13.     Answering Paragraph 13 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required. To the extent a response is required, American Express lacks knowledge or information

4

at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 13 and, on that basis, denies the allegations contained therein.

14.     Answering Paragraph 14 of the Amended Complaint, American Express admits it is a national bank that conducts business in Texas and reports consumer information to credit reporting agencies as permitted by all applicable laws, rules, and regulations.  American Express denies the remaining allegations in Paragraph 14.

15.     Answering Paragraph 15 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 15 and, on that basis, denies the allegations contained therein.

## V. FACTUAL ALLEGATIONS

### A. TRANSUNION, LLC

16.     Answering Paragraph 16 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 16 and, on that basis, denies the allegations contained therein.

17.     Answering Paragraph 17 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information

5

at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 17 and, on that basis, denies the allegations contained therein.

18.     Answering Paragraph 18 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 18 and, on that basis, denies the allegations contained therein.

19.     Answering Paragraph 19 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 19 and, on that basis, denies the allegations contained therein.

20.     Answering Paragraph 20 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 20 and, on that basis, denies the allegations contained therein.

21.     Answering Paragraph 21 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information

at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 and, on that basis, denies the allegations contained therein.

22.     Answering Paragraph 22 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 22 and, on that basis, denies the allegations contained therein.

23.     Answering Paragraph 23 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 and, on that basis, denies the allegations contained therein.

24.     Answering Paragraph 24 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 24 and, on that basis, denies the allegations contained therein.

25.     Answering Paragraph 25 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 25 and, on that basis, denies the allegations contained therein.

**B. EQUIFAX INC.**

26.     Answering Paragraph 26 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 26 and, on that basis, denies the allegations contained therein.

27.     Answering Paragraph 27 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 27 and, on that basis, denies the allegations contained therein.

28.     Answering Paragraph 28 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 28 and, on that basis, denies the allegations contained therein.

29.     Answering Paragraph 29 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 29 and, on that basis, denies the allegations contained therein.

30.     Answering Paragraph 30 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information

at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 30 and, on that basis, denies the allegations contained therein.

      31.    Answering Paragraph 31 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required. To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 31 and, on that basis, denies the allegations contained therein.

      32.    Answering Paragraph 32 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required. To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 32 and, on that basis, denies the allegations contained therein.

      33.    Answering Paragraph 33 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required. To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 33 and, on that basis, denies the allegations contained therein.

      34.    Answering Paragraph 34 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required. To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 34 and, on that basis, denies the allegations contained therein.

### C. Experian Information Solutions, Inc.

35.      Answering Paragraph 35 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 35 and, on that basis, denies the allegations contained therein.

36.      Answering Paragraph 36 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 36 and, on that basis, denies the allegations contained therein.

37.      Answering Paragraph 37 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 37 and, on that basis, denies the allegations contained therein.

38.      Answering Paragraph 38 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 38 and, on that basis, denies the allegations contained therein.

39.      Answering Paragraph 39 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information

at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 39 and, on that basis, denies the allegations contained therein.

40.    Answering Paragraph 40 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 40 and, on that basis, denies the allegations contained therein.

41.    Answering Paragraph 41 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 41 and, on that basis, denies the allegations contained therein.

42.    Answering Paragraph 42 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 42 and, on that basis, denies the allegations contained therein.

43.    Answering Paragraph 43 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 43 and, on that basis, denies the allegations contained therein.

44.     Answering Paragraph 44 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 44 and, on that basis, denies the allegations contained therein.

45.     Answering Paragraph 45 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 45 and, on that basis, denies the allegations contained therein.

46.     Answering Paragraph 46 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 46 and, on that basis, denies the allegations contained therein.

### D. American Express National Bank

47.     Answering Paragraph 47 of the Amended Complaint, American Express states that this Paragraph contains legal conclusions and, therefore, no response is required. To the extent a response is required, American Express states that the FCRA speaks for itself and American Express denies any and all allegations inconsistent therewith.

48.     Answering Paragraph 48 of the Amended Complaint, American Express denies the allegations contained therein.

49.    Answering Paragraph 49 of the Amended Complaint, American Express denies the allegations contained therein.

50.    Answering Paragraph 50 of the Amended Complaint, American Express denies the allegations contained therein.

51.    Answering Paragraph 51 of the Amended Complaint, American Express denies the allegations contained therein.

52.    Answering Paragraph 52 of the Amended Complaint, American Express denies the allegations contained therein.

53.    Answering Paragraph 53 of the Amended Complaint, American Express denies the allegations contained therein.

54.    Answering Paragraph 54 of the Amended Complaint, American Express denies the allegations contained therein.

55.    Answering Paragraph 55 of the Amended Complaint, American Express denies the allegations contained therein.

56.    Answering Paragraph 56 of the Amended Complaint, American Express denies the allegations contained therein.

57.    Answering Paragraph 57 of the Amended Complaint, American Express denies the allegations contained therein.

58.    Answering Paragraph 58 of the Amended Complaint, American Express denies the allegations contained therein.

59.    Answering Paragraph 59 of the Amended Complaint, American Express denies the allegations contained therein.

### E. Nelnet Servicing, LLC

60.    Answering Paragraph 60 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 60 and, on that basis, denies the allegations contained therein.

61.    Answering Paragraph 61 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 61 and, on that basis, denies the allegations contained therein.

62.    Answering Paragraph 62 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 62 and, on that basis, denies the allegations contained therein.

63.    Answering Paragraph 63 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 63 and, on that basis, denies the allegations contained therein.

64.    Answering Paragraph 64 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information

at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 64 and, on that basis, denies the allegations contained therein.

65.     Answering Paragraph 65 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 65 and, on that basis, denies the allegations contained therein.

66.     Answering Paragraph 66 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 66 and, on that basis, denies the allegations contained therein.

67.     Answering Paragraph 67 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 67 and, on that basis, denies the allegations contained therein.

68.     Answering Paragraph 68 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 68 and, on that basis, denies the allegations contained therein.

69.    Answering Paragraph 69 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 69 and, on that basis, denies the allegations contained therein.

70.    Answering Paragraph 70 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 70 and, on that basis, denies the allegations contained therein.

71.    Answering Paragraph 71 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 71 and, on that basis, denies the allegations contained therein.

## SUIT 1 – TRANSUNION, LLC

## Cause of Action 1 – Violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681e(b)— Failure to Follow Reasonable Procedures

72.    Answering Paragraph 72 of the Amended Complaint, American Express incorporates by reference its answers to the Paragraphs above, as though fully stated herein.

73.    Answering Paragraph 73 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information

at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 73 and, on that basis, denies the allegations contained therein.

74.     Answering Paragraph 74 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 74 and, on that basis, denies the allegations contained therein.

75.     Answering Paragraph 75 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 75 and, on that basis, denies the allegations contained therein.

76.     Answering Paragraph 76 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 76 and, on that basis, denies the allegations contained therein.

**Cause of Action 2 – Violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681i(a)— Failure to Conduct Reasonable Investigation**

77.     Answering Paragraph 77 of the Amended Complaint, American Express incorporates by reference its answers to the Paragraphs above, as though fully stated herein.

78.     Answering Paragraph 78 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is

required. To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 78 and, on that basis, denies the allegations contained therein.

79. Answering Paragraph 79 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required. To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 79 and, on that basis, denies the allegations contained therein.

80. Answering Paragraph 80 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required. To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 80 and, on that basis, denies the allegations contained therein.

81. Answering Paragraph 81 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required. To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 81 and, on that basis, denies the allegations contained therein.

**Cause of Action 3 – Willful and/or Negligent Noncompliance with the FCRA, 15 U.S.C. §§ 1681n and 1681o**

82. Answering Paragraph 82 of the Amended Complaint, American Express incorporates by reference its answers to the Paragraphs above, as though fully stated herein.

83.     Answering Paragraph 83 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 83 and, on that basis, denies the allegations contained therein.

84.     Answering Paragraph 84 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 84 and, on that basis, denies the allegations contained therein.

85.     Answering Paragraph 85 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 85 and, on that basis, denies the allegations contained therein.

## SUIT 2 – EQUIFAX INC.

**Cause of Action 4 – Violation of 15 U.S.C. § 1681e(b)—Failure to Conduct Reasonable Reinvestigation**

86.     Answering Paragraph 86 of the Amended Complaint, American Express incorporates by reference its answers to the Paragraphs above, as though fully stated herein.

87.     Answering Paragraph 87 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information

at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 87 and, on that basis, denies the allegations contained therein.

88.     Answering Paragraph 88 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 88 and, on that basis, denies the allegations contained therein.

89.     Answering Paragraph 89 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 89 and, on that basis, denies the allegations contained therein.

90.     Answering Paragraph 90 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 90 and, on that basis, denies the allegations contained therein.

91.     Answering Paragraph 91 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 91 and, on that basis, denies the allegations contained therein.

**Cause of Action 5 – Violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681i(a)—Failure to Conduct a Reasonable Reinvestigation**

92.     Answering Paragraph 92 of the Amended Complaint, American Express incorporates by reference its answers to the Paragraphs above, as though fully stated herein.

93.     Answering Paragraph 93 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 93 and, on that basis, denies the allegations contained therein.

94.     Answering Paragraph 94 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 94 and, on that basis, denies the allegations contained therein.

95.     Answering Paragraph 95 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 95 and, on that basis, denies the allegations contained therein.

96.     Answering Paragraph 96 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information

at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 96 and, on that basis, denies the allegations contained therein.

**Cause of Action 6 – Willful and/or Negligent Noncompliance with the FCRA, 15 U.S.C. §§ 1681n and 1681o**

97.    Answering Paragraph 97 of the Amended Complaint, American Express incorporates by reference its answers to the Paragraphs above, as though fully stated herein.

98.    Answering Paragraph 98 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 98 and, on that basis, denies the allegations contained therein.

99.    Answering Paragraph 99 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 99 and, on that basis, denies the allegations contained therein.

100.    Answering Paragraph 100 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.   To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 100 and, on that basis, denies the allegations contained therein.

101.    Answering Paragraph 101 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response

is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 101 and, on that basis, denies the allegations contained therein.

<strong>SUIT 3 – Experian Information Solutions, Inc.</strong>

**Cause of Action 7 – Violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681e(b)— Failure to Follow Reasonable Procedures**

102.  Answering Paragraph 102 of the Amended Complaint, American Express incorporates by reference its answers to the Paragraphs above, as though fully stated herein.

103.  Answering Paragraph 103 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 103 and, on that basis, denies the allegations contained therein.

104.  Answering Paragraph 101 of the Amended Complaint, American Express denies the allegations relating to American Express contained therein.  American Express states that this paragraph contains no additional allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 104 and, on that basis, denies the allegations contained therein.

105.  Answering Paragraph 105 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.  To the extent a response is required, American Express lacks knowledge or

information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 105 and, on that basis, denies the allegations contained therein.

106.   Answering Paragraph 106 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.   To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 106 and, on that basis, denies the allegations contained therein.

**Cause of Action 8 – Violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681i(a)—Failure to Conduct Reasonable Reinvestigation**

107.   Answering Paragraph 107 of the Amended Complaint, American Express incorporates by reference its answers to the Paragraphs above, as though fully stated herein.

108.   Answering Paragraph 108 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.   To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 108 and, on that basis, denies the allegations contained therein.

109.   Answering Paragraph 109 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.   To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 109 and, on that basis, denies the allegations contained therein.

110.   Answering Paragraph 110 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response

is required.   To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 110 and, on that basis, denies the allegations contained therein.

111.   Answering Paragraph 111 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.   To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 111 and, on that basis, denies the allegations contained therein.

**Cause of Action 9 – Willful and/or Negligent Noncompliance, 15 U.S.C. §§ 1681n and 1681o**

112.   Answering Paragraph 112 of the Amended Complaint, American Express incorporates by reference its answers to the Paragraphs above, as though fully stated herein.

113.   Answering Paragraph 113 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.   To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 113 and, on that basis, denies the allegations contained therein.

114.   Answering Paragraph 114 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.   To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 114 and, on that basis, denies the allegations contained therein.

115.   Answering Paragraph 115 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response

is required.    To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 115 and, on that basis, denies the allegations contained therein.

**SUIT 4 – American Express National Bank**

**Cause of Action 10 – Violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681s-2(b)—Failure to Conduct a Reasonable Investigation and Correct Inaccurate Reporting**

116.    Answering Paragraph 116 of the Amended Complaint, American Express incorporates by reference its answers to the Paragraphs above, as though fully stated herein.

117.    Answering Paragraph 117 of the Amended Complaint, American Express states that this Paragraph contains legal conclusions and, therefore, no response is required. To the extent a response is required, American Express states that the FCRA speaks for itself and American Express denies any and all allegations inconsistent therewith.

118.    Answering Paragraph 118 of the Amended Complaint, American Express denies the allegations contained therein.

119.    Answering Paragraph 119 of the Amended Complaint, American Express denies the allegations contained therein.

120.    Answering Paragraph 120 of the Amended Complaint, American Express denies the allegations contained therein.

121.    Answering Paragraph 121 of the Amended Complaint, American Express denies the allegations contained therein.

**Cause of Action 11 – Willful and/or Negligent Noncompliance with the FCRA, 15 U.S.C. §§ 1681n and 1681o**

122. Answering Paragraph 122 of the Amended Complaint, American Express incorporates by reference its answers to the Paragraphs above, as though fully stated herein.

123. Answering Paragraph 123 of the Amended Complaint, American Express denies the allegations contained therein.

124. Answering Paragraph 124 of the Amended Complaint, American Express denies the allegations contained therein.

## SUIT 5 – Nelnet Servicing, LLC

**Cause of Action 12 – Violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681s-2(b)—Failure to Investigate, Correct, and Cease Reporting Inaccurate Information**

125. Answering Paragraph 125 of the Amended Complaint, American Express incorporates by reference its answers to the Paragraphs above, as though fully stated herein.

126. Answering Paragraph 126 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required. To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 126 and, on that basis, denies the allegations contained therein.

127. Answering Paragraph 127 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required. To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 127 and, on that basis, denies the allegations contained therein.

128. Answering Paragraph 128 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response

is required. To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 128 and, on that basis, denies the allegations contained therein.

129. Answering Paragraph 129 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required. To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 129 and, on that basis, denies the allegations contained therein.

130. Answering Paragraph 130 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required. To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 130 and, on that basis, denies the allegations contained therein.

**Cause of Action 13 – Willful and/or Negligent Noncompliance with the FCRA, 15 U.S.C. §§ 1681n and 1681o**

131. Answering Paragraph 131 of the Amended Complaint, American Express incorporates by reference its answers to the Paragraphs above, as though fully stated herein.

132. Answering Paragraph 132 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required. To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 132 and, on that basis, denies the allegations contained therein.

133.    Answering Paragraph 133 of the Amended Complaint, American Express states that this paragraph contains no allegations directed to American Express and therefore no response is required.    To the extent a response is required, American Express lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 133 and, on that basis, denies the allegations contained therein.

## PRAYER FOR RELIEF

Answering the "PRAYER FOR RELIEF" paragraph of the Amended Complaint, including subparagraphs 1 through 4 and additional subparagraphs 1 and 2, American Express admits that Plaintiff prays for the relief listed therein but denies that Plaintiff is entitled to any relief whatsoever, including, without limitation, actual damages, consequential damages, incidental damages, statutory damages, exemplary damages, costs, attorneys' fees, pre-judgment interest, post-judgment interest, and any injunctive relief.

## JURY DEMAND

Answering the unnumbered "JURY DEMAND" paragraph of the Amended Complaint, American Express admits that Plaintiff demands a trial by jury but denies that Plaintiff is entitled to any relief whatsoever.

## AFFIRMATIVE DEFENSES

Without assuming the burden of proof where it otherwise lies with Plaintiff, American Express, as separate and distinct affirmative defenses to the Amended Complaint and all the claims alleged therein, alleges as follows on information and belief:

## FIRST AFFIRMATIVE DEFENSE

### Agreement to Arbitrate

Plaintiff's claims against American Express must be submitted to binding, individual arbitration pursuant to the terms of a written arbitration agreement subject to the Federal Arbitration Act, 9 U.S.C. §§ 1–16. American Express expressly reserves the right to elect to resolve this matter in arbitration pursuant to the parties' arbitration agreement.

## SECOND AFFIRMATIVE DEFENSE

### Failure to State a Claim

The Amended Complaint, and the claim and cause of action set forth therein, fails to state a claim upon which relief can be granted.

## THIRD AFFIRMATIVE DEFENSE

### Good Faith/Reasonable Commercial Standards

With respect to the matters alleged in the Amended Complaint, American Express at all times acted in good faith and in accordance with reasonable commercial standards and any applicable statutory and regulatory requirements, thus precluding any recovery by Plaintiff.

## FOURTH AFFIRMATIVE DEFENSE

### Reasonable Procedures

At all relevant times, American Express maintained reasonable procedures to ensure compliance with the FCRA.

## FIFTH AFFIRMATIVE DEFENSE

### Failure to Mitigate

To the extent that Plaintiff has suffered any damages as a result of the matters alleged in the Amended Complaint, which American Express denies, Plaintiff has failed to mitigate those damages and Plaintiff's claims therefore are barred, in whole or in part.

## SIXTH AFFIRMATIVE DEFENSE

**Waiver and Estoppel**

The Amended Complaint, and the claim and cause of action set forth therein, is barred, in whole or in part, by the conduct, actions, and inactions of Plaintiff, which amount to and constitute a waiver and/or estoppel of the claims and any relief sought thereby.

<h3 style="text-align:center">SEVENTH AFFIRMATIVE DEFENSE</h3>

**Ratification**

Plaintiff has ratified the conduct alleged in the Amended Complaint and therefore is barred from recovery against American Express.

<h3 style="text-align:center">EIGHTH AFFIRMATIVE DEFENSE</h3>

**Apportionment**

American Express is not legally responsible with respect to the damages that may be claimed by Plaintiff as a result of the matters alleged in the Amended Complaint. However, if American Express is found to be legally responsible in any manner, then it alleges that its legal responsibilities are not the sole and proximate cause of the injuries and damages awarded, if any, are to be apportioned in accordance with the fault and legal responsibility of all non-American Express parties, persons, and entities, or the agents, servants, and employees of such non-American Express parties, persons, and entities, who contributed to and/or caused said damages, according to proof presented at the time of trial.

<h3 style="text-align:center">NINTH AFFIRMATIVE DEFENSE</h3>

**Unclean Hands**

The Amended Complaint is barred, in whole or in part, by the conduct, actions and inactions of Plaintiff under the doctrine of unclean hands.

<h3 style="text-align:center">TENTH AFFIRMATIVE DEFENSE</h3>

**Independent/Intervening Conduct**

Plaintiff is barred from recovery in that any damage, injury, and/or harm Plaintiff allegedly sustained was the direct and proximate result of the independent, intervening, negligent, criminal, and/or unlawful conduct of independent parties or their agents, and not the result of any act or omission on the part of American Express.

## ELEVENTH AFFIRMATIVE DEFENSE

**No Injury**

The Amended Complaint, and each claim and cause of action set forth therein, is barred, in whole or in part, because Plaintiff suffered no injury as a result of any alleged conduct by American Express and/or Plaintiff cannot prove any damages that were proximately caused by American Express' alleged conduct.

## TWELFTH AFFIRMATIVE DEFENSE

**Discharge of Duty**

The Amended Complaint, and each claim and cause of action set forth therein, is barred in whole or in part, because American Express has appropriately, completely, and fully performed and discharged any and all obligations and duties, if any, arising out of the matters alleged in the Amended Complaint.

## THIRTEENTH AFFIRMATIVE DEFENSE

**Contribution**

Although American Express denies that Plaintiff has suffered any damages, to the extent that damages have been suffered, independent third parties or their agents owe contribution for any damages alleged to have been suffered by Plaintiff.

## FOURTEENTH AFFIRMATIVE DEFENSE

### Comparative Negligence

Although American Express denies that Plaintiff has suffered any injury, to the extent an injury has been suffered, it was caused and contributed to by the conduct of Plaintiff, and such conduct on her part constitutes a bar to any recovery or, in the alternative, recovery, if any, should be reduced in proportion to the extent such conduct was a cause of its loss, if any.

### FIFTEENTH AFFIRMATIVE DEFENSE

### No Punitive or Statutory Damages

Plaintiff cannot satisfy statutory requirements to recover punitive or statutory damages and cannot satisfy the requirements of *Safeco Insurance Co. of America v. Burr*, 551 U.S. 47 (2007).

### SIXTEENTH AFFIRMATIVE DEFENSE

### Constitutional Limitations on Punitive Damages

Any award of punitive damages is circumscribed by the limitations of the United States Constitution, including, but not limited, to the Due Process Clauses of the Fifth and Fourteenth Amendments and the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution.

### SEVENTEENTH AFFIRMATIVE DEFENSE

### Reservation of Rights

American Express expressly reserves the right to assert such other and further affirmative defenses as may be appropriate.

### PRAYER FOR RELIEF

WHEREFORE, American Express prays as follows:

1.      That Plaintiff take nothing by virtue of this action;

2.      That the Amended Complaint be dismissed with prejudice;

3.      That judgment be entered against Plaintiff and in favor of American Express;

4.      That American Express be awarded its attorneys' fees and costs incurred herein;

and

5.      That the Court award any other and further relief that it deems just and proper.

Dated: December 19, 2025

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ Cullen G. Pick*

Cullen G. Pick
Texas Bar No. 24098260
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
Tel: (713) 890-5000
Fax: (713) 890-5001
cullen.pick@morganlewis.com

*Attorneys for Defendant American Express National Bank.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2025, I electronically filed the foregoing document through the Court's ECF system, which sent notice of the filing to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Cullen G. Pick*

Cullen G. Pick