UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MATTHEW MUTCH, | § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Case No. 5:25-cv-01311-JKP-RBF |
| TRANSUNION LLC; EQUIFAX, INC.; EXPERIAN INFORMATION SERVICES, INC; AMERICAN EXPRESS NATIONAL BANK; and NELNET SERVICING, LLC; | | |
| Defendants. | | |

**JOINT NOTICE OF SETTLEMENT**

The parties hereby provide notice to the Court that this matter has been settled as to all of Plaintiff's claims against **EQUIFAX INC.** ("Equifax") in this action. The parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date of this notice, at which time, the parties will file a Joint Notice of Dismissal with prejudice. It is respectfully requested that the matter be stayed for sixty (60) days with respect to Plaintiff and Equifax to allow the parties to fully execute the settlement.

Dated: February 25, 2026                Respectfully submitted,


                                        */s/ Matthew Mutch (with permission)*
                                        **Matthew Mutch, Pro Se Plaintiff**

286666657.v1

By:   */s/ Forrest M. "Teo" Seger III*
     **FORREST M. "TEO" SEGER III**
     Texas Bar No. 24070587
     TSeger@clarkhill.com
     CLARK HILL PLC
     2301 Broadway St.
     San Antonio, Texas 78215
     (210) 250-6000
     (210) 250-6100 (Fax)

**ATTORNEY FOR DEFENDANT,
EQUIFAX INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2026, a true and correct copy of the foregoing *Joint Notice of Settlement* was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

I further certify that on February 25, 2026, a true and correct copy of the foregoing *Joint Notice of Settlement* was served on Pro Se Plaintiff, via United States Mail, first class postage prepaid, to the following address:

> Matthew Mutch
> 173 Caddell Lane
> New Braunfels, Texas 78130

*/s/ Forrest M. "Teo" Seger III*
Forrest M. "Teo" Seger III

286666657.v1