# Exhibit B



## Platinum Card®

MATTHEW MUTCH
Closing Date 06/17/24
Account Ending ████1009



p. 1/8

**Customer Care:** 1-800-525-3355
**TTY:** Use Relay 711
**Website:** americanexpress.com

| | |
|---|---|
| **New Balance** | **$3,232.00** |
| **Minimum Payment Due** | **$64.64** |
| **Payment Due Date** | **07/12/24** |

**Visit
www.membershiprewards.com**

## Account Summary

**Pay In Full**

| | |
|---|---|
| Previous Balance | $0.00 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$0.00 |
| New Balance = | $0.00 |

**Pay Over Time and/or Cash Advance**

| | |
|---|---|
| Previous Balance | $0.00 |
| Payments/Credits | -$0.00 |
| New Pay Over Time Charges | +$2,537.00 |
| New Cash Advances | +$0.00 |
| Fees | +$695.00 |
| Interest Charged | +$0.00 |
| New Balance = | $3,232.00 |
| Minimum Due | $64.64 |

**Account Total**

| | |
|---|---|
| **Previous Balance** | **$0.00** |
| Payments/Credits | -$0.00 |
| New Charges | +$2,537.00 |
| New Cash Advances | +$0.00 |
| Fees | +$695.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$3,232.00** |
| **Minimum Payment Due** | **$64.64** |

| | |
|---|---|
| **Pay Over Time Limit** | $15,000.00 |
| **Available Pay Over Time Limit** | $11,768.00 |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 07/12/24, you may have to pay a late fee of up to $40.00 and your Pay Over Time APR may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you have a Pay Over Time and/or Cash Advance balance and you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 13 years | $8,837 |
| $133 | 3 years | $4,781 (Savings = $4,056) |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

Please refer to the **IMPORTANT NOTICES** section.

For more information on your Pay Over Time Limit and your purchasing options, please refer to the **Information on Pay Over Time and Purchasing Options** section.

**Welcome to American Express!** For tips on how you can get started and begin enjoying everything your new Card has to offer, please go to the page at the end of this statement.

*Continued on page 3*

↓ Please fold on the perforation below, detach and return with your payment ↓

 **Payment Coupon**
Do not staple or use paper clips

 **Pay by Computer**
americanexpress.com/pbc

 **Pay by Phone**
1-800-472-9297

**Account Ending** ████1009

Enter 15 digit account # on all payments.
Make check payable to American Express.

MATTHEW MUTCH

| | |
|---|---|
| Payment Due Date | **07/12/24** |
| New Balance | **$3,232.00** |
| Minimum Payment Due | **$64.64** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$_____ . \_\_\_\_\_
**Amount Enclosed**

0000034999325340485S 000323200000006464 14 A

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time and/or Cash Advance balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. If you have Pay Over Time, we will not charge you interest on charges automatically added to a Pay Over Time balance if each month you pay your Account Total New Balance on your billing statement (or, if you have a Plan balance, your Adjusted Balance on your billing statement) by the due date. If you have Cash Advance on your Account, we will begin charging interest on cash advances on the transaction date. If you have Pay Over Time Select: we will begin charging interest on purchases added to a Pay Over Time Select balance at your request on the date that they are added to your Pay Over Time Select balance.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
**- Account information:** Your name and account number.
**- Dollar amount:** The dollar amount of the suspected error.
**- Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
**-** We cannot try to collect the amount in question, or report you as delinquent on that amount.
**-** The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
**-** While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
**-** We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

## Pay Your Bill with AutoPay

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

### Change of Address, phone number, email

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

### Please do not add any written communication or address change on this stub

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

 **Platinum Card®**

MATTHEW MUTCH
Closing Date 06/17/24



p. 3/8

Account Ending ▮1009

| | |
|---|---|
| **Customer Care & Billing Inquiries** | **1-800-525-3355** |
| International Collect | 1-954-473-2123 |
| Cash Advance at ATMs Inquiries | 1-800-CASH-NOW |
| **Large Print & Braille Statements** | **1-800-525-3355** |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-525-3355**

**Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
PO BOX 6031
CAROL STREAM IL
60197-6031

### Reminder about changes to Pay Over Time

As a reminder, we're making a change to Pay Over Time that will allow you to use your entire Pay Over Time Limit starting with your billing period ending on or after **July 1, 2024**. Every month on your Closing Date, if your Pay Over Time feature is set to Active, we will automatically move any eligible charges from your Pay In Full balance to your Pay Over Time balance up to your Pay Over Time Limit. If the addition of a charge to your Pay Over Time balance on your Closing Date would cause the total of your Pay Over Time, Cash Advance, and Plan balances to exceed your Pay Over Time Limit, we will only move a portion of that charge to your Pay Over Time balance up to your Pay Over Time Limit. The remaining portion of the charge will remain in your Pay In Full balance. For further details or if you have any questions, please refer to the notification that was sent to you in April 2024 or call the Customer Care number on your billing statement.

## New Charges

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| **Total  New Charges** | **$0.00** | **$2,537.00** | **$2,537.00** |

### Detail

♦ - denotes Pay Over Time and/or Cash Advance activity

 **MATTHEW MUTCH**
Card Ending ▮1009

| | | | | Amount |
|---|---|---|---|---|
| 06/12/24 | AMAZON.COM MERCHANDISE | AMZN.COM/BILL | WA | $1,000.00 ♦ |
| 06/12/24 | VENMO *ALYSSA MATHISEN 8558124430 | 8558124430 | NY | $540.75 ♦ |
| 06/14/24 | THE HOME DEPOT #8520 800-654-0688 | NEW BRAUNFELS | TX | $50.82 ♦ |
| 06/14/24 | THE HOME DEPOT 8520 HOME SUPPLY WAREHOUSE | NEW BRAUNFELS | TX | $400.00 ♦ |
| 06/14/24 | USPS PO 4863200331 001374655 8002758777 | NEW BRAUNFELS | TX | $8.73 ♦ |
| 06/14/24 | GUADALUPE GAS COMPANY 650000012281997 8306252121 | NEW BRAUNFELS | TX | $28.52 ♦ |
| 06/14/24 | QT 4076 OUTSIDE/QUIKTRIP 554204076 FUEL OUTSIDE | NEW BRAUNFELS | TX | $21.82 ♦ |
| 06/14/24 | QT 4076 OUTSIDE/QUIKTRIP 554204076 FUEL OUTSIDE | NEW BRAUNFELS | TX | $31.67 ♦ |
| 06/15/24 | COSMIC PLANT COMPANY squareup.com/receipts | New Braunfels | TX | $22.73 ♦ |
| 06/16/24 | PURE PASTURES squareup.com/receipts | Canyon Lake | TX | $200.00 ♦ |

Continued on reverse

MATTHEW MUTCH                    Account Ending ▮1009                                    p. 4/8

## Detail Continued                                                    ♦ - denotes Pay Over Time and/or Cash Advance activity

| | | | | Amount |
|---|---|---|---|---|
| 06/17/24 | TST* LA COSECHA 300656628<br>8303587511 | NEW BRAUNFELS | TX | $231.96 ♦ |

## Fees                                                    ♦ - denotes Pay Over Time and/or Cash Advance activity

| | | Amount |
|---|---|---|
| 06/17/24 | ANNUAL MEMBERSHIP FEE<br>Cover your annual membership fee and other eligible transactions using<br>Membership Rewards points. Visit membershiprewards.com/yourcharges<br>to explore and learn more. | $695.00 ♦ |

**Total Fees for this Period**                                                                  **$695.00**

## Interest Charged

| | Amount |
|---|---|
| **Total Interest Charged for this Period** | **$0.00** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2024 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2024 | $695.00 |
| Total Interest in 2024 | $0.00 |

## Interest Charge Calculation                                    Days in Billing Period: 11

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
Variable APRs will not exceed 29.99%.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Pay Over Time | 06/07/2024 | | 27.24% (v) | $0.00 | $0.00 |
| Cash Advances | 06/07/2024 | | 29.99% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$0.00** |

(v) Variable Rate

## Information on Pay Over Time and Purchasing Options

**Your Card has no preset spending limit**
No preset spending limit means your spending limit is flexible. In fact, unlike a traditional credit card with a set limit, the amount you can spend adapts based on factors such as your purchase, payment, and credit history. If you're ever unsure if a large purchase will be approved, you can use the Check Spending Power tool in your online account or mobile app. Please note that in a small number of cases, we may assign a specific spending limit to a Card Member's account due to a variety of factors such as the Card Member's credit score, past due payments with us or other creditors, or high balances on revolving credit accounts.

Continued on next page



**Platinum Card®**                                                                                                p. 5/8

MATTHEW MUTCH
Closing Date 06/17/24                                                            Account Ending ▮1009

## Information on **Pay Over Time and Purchasing Options** continued

**Pay Over Time Limit: $15,000.00**
The total of your Pay Over Time and/or Cash Advance balance and Plan balance cannot exceed your Pay Over Time Limit. No charge will be added to a Pay Over Time balance if it would cause the total of your Pay Over Time, Cash Advance, and Plan balances to go over your Pay Over Time Limit. **This is not a spend limit.** We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit.

**Available Pay Over Time Limit**
Your Available Pay Over Time Limit is accurate as of your statement date. This Limit is the remaining amount that you can add to the total of your Pay Over Time, Cash Advance, and/or Plan balances. Remember that you can continue to create plans for purchases that are currently in your Pay Over Time balance even if you have reached your Pay Over Time Limit. Your total Cash Advance balance is subject to your Cash Advance Limit, which you can find in your Cardmember Agreement. If you have a preset spending limit on your account that is less than your Pay Over Time Limit, you may not be able use your Available Pay Over Time Limit.

MATTHEW MUTCH

MATTHEW MUTCH    Closing Date 06/17/24    Account Ending ▮1009

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Update to Your InCircle® Benefit

We are making changes to the InCircle benefit on this Account.

**Effective August 15, 2024**, Card Members will no longer be able to enroll in the InCircle benefit. Card Members enrolled in the InCircle benefit by August 14, 2024 may continue to earn InCircle points and maintain InCircle status through December 31, 2024. Note, InCircle points are awarded based on the date the order ships, which may differ from the date the purchase was made. For example, if a purchase made on December 30, 2024 does not ship until January 1, 2025 it will not earn InCircle points.

**Effective January 1, 2025**, InCircle will no longer be a benefit on this Account. Any InCircle Point Cards that Card Members earn by December 31, 2024 will be distributed by Neiman Marcus before February 1, 2025.

### Update to the access policy for Escape Lounges - The Centurion® Studio Partner

We want to inform you of a change to the access policy for the Escape Lounges available through the American Express Global Lounge Collection.

**Effective May 9, 2024**, to access select Escape Lounge locations, eligible Platinum Card® Members will be required to arrive at the lounge within 3 hours of their departing flight. During a layover the eligible Card Member may use the Escape Lounge in the connecting airport at any time. Additional information on guest fee rates, access policies and lounge terms and conditions can be found at **escapelounges.com/us/access/**.

### Corrected Car Rental Loss and Damage Insurance Phone Numbers

The phone number for Car Rental Loss and Damage Insurance is 1-800-338-1670 (US) and 1-303-273-6497 (International). Please update your records.

### Membership Rewards® Program Updates

You can view a summary of updates to the Membership Rewards® program anytime, including information about the availability of redemption options, by visiting **americanexpress.com/mrupdates**.

*End of Important Notices.*

MATTHEW MUTCH

Account Ending ████1009



**Platinum Card®**

MATTHEW MUTCH
Closing Date 06/17/24



Account Ending ▮1009

# The American Express® App
# is virtually anywhere you need it






**When you download the app, you can easily manage your Online Account from virtually anywhere.**

**Reduce clutter** and go paperless. Receive your billing statement and important notifications online.

**Add your Card to your digital wallet** for easy and convenient use from home or wherever you are.

**Keep it contactless** with contactless payments when you shop in store, in app, and online, where accepted.†

**Questions? Chat with us**

Learn all the ways you can connect with American Express at **americanexpress.com/chat**.



### Download the app today

Scan the QR code to receive a download link for your iPhone or Android device.

*The American Express® App and app features are available only for eligible Card account in the United States. American Express® prepaid cards and cards issued by non-American Express issuers are not eligible. To log in, Card Members must have an American Express user ID and password or create one in the app.

*iOS and Android only. See app store listings for operating system info. Message and data rates may apply.

† Participating Merchants only.

© 2022 American Express National Bank. All rights reserved.



## Platinum Card®

MATTHEW MUTCH
Closing Date 07/18/24
Account Ending ■1009



p. 1/9

**Customer Care:** 1-800-525-3355
**TTY:** Use Relay 711
**Website:** americanexpress.com

| | |
|---|---|
| **New Balance** | **$73,933.11** |
| **Minimum Payment Due** | **$58,400.47** |
| **Payment Due Date** | **08/12/24** |

**Membership Rewards® Points**
Available and Pending as of 06/30/24

**1,998**

For up to date point balance and full program details, visit **membershiprewards.com**

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 08/12/24, you may have to pay a late fee of up to $40.00 and your Pay Over Time APR may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you have a Pay Over Time and/or Cash Advance balance and you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 25 years | $48,069 |

If you would like information about credit counseling services, call 1-888-733-4139.

→ See page 2 for important information about your account.

→ Please refer to the **IMPORTANT NOTICES** section.

→ For more information on your Pay Over Time Limit and your purchasing options, please refer to the **Information on Pay Over Time and Purchasing Options** section.

ⓘ Your billing inquiry is under investigation. **No payment on the amount under review of $4,000.00 is required at this time.** To view the status of your investigation, please visit us at **americanexpress.com/inquirycenter.**

## Account Summary

**Pay In Full**

| | |
|---|---|
| Previous Balance | $0.00 |
| Payments/Credits | -$29.00 |
| New Charges | +$58,933.11 |
| Fees | +$29.00 |
| New Balance = | $58,933.11 |

**Pay Over Time and/or Cash Advance**

| | |
|---|---|
| Previous Balance | $3,232.00 |
| Payments/Credits | -$401.27 |
| New Pay Over Time Charges | +$12,169.27 |
| New Cash Advances | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance = | $15,000.00 |
| Minimum Due | $235.36 |

**Account Total**

| | |
|---|---|
| **Previous Balance** | **$3,232.00** |
| Payments/Credits | -$430.27 |
| New Charges | +$71,102.38 |
| New Cash Advances | +$0.00 |
| Fees | +$29.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$73,933.11** |
| **Minimum Payment Due** | **$58,400.47** |

| | |
|---|---|
| **Pay Over Time Limit** | $15,000.00 |
| **Available Pay Over Time Limit** | $0.00 |

↓ Please fold on the perforation below, detach and return with your payment ↓

| Payment Coupon | Pay by Computer | Pay by Phone | Account Ending ■1009 |
|---|---|---|---|
| Do not staple or use paper clips | americanexpress.com/pbc | 1-800-472-9297 | |

Enter 15 digit account # on all payments.
Make check payable to American Express.

MATTHEW MUTCH



| | |
|---|---|
| Payment Due Date | **08/12/24** |
| Minimum Payment Due | **$58,400.47** |



See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$_____•_____
**Amount Enclosed**

0000034999325340485S 0073933110058400047 14 A

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time and/or Cash Advance balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. If you have Pay Over Time, we will not charge you interest on charges automatically added to a Pay Over Time balance if each month you pay your Account Total New Balance on your billing statement (or, if you have a Plan balance, your Adjusted Balance on your billing statement) by the due date. If you have Cash Advance on your Account, we will begin charging interest on cash advances on the transaction date. If you have Pay Over Time Select: we will begin charging interest on purchases added to a Pay Over Time Select balance at your request on the date that they are added to your Pay Over Time Select balance.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
**- Account information:** Your name and account number.
**- Dollar amount:** The dollar amount of the suspected error.
**- Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
**-** We cannot try to collect the amount in question, or report you as delinquent on that amount.
**-** The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
**-** While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
**-** We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

## Pay Your Bill with AutoPay

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

## Change of Address, phone number, email

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

 **Platinum Card®**

MATTHEW MUTCH
Closing Date 07/18/24



p. 3/9

Account Ending ▮1009

| | | |
|---|---|---|
| 📞 | **Customer Care & Billing Inquiries** | **1-800-525-3355** |
| | International Collect | 1-954-473-2123 |
| | Cash Advance at ATMs Inquiries | 1-800-CASH-NOW |
| | **Large Print & Braille Statements** | **1-800-525-3355** |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-525-3355**

🖥 **Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
PO BOX 6031
CAROL STREAM IL
60197-6031

## Payments and Credits

### Summary

| | Pay In Full | Pay Over Time / Cash Advance ♦ | Total |
|---|---|---|---|
| **Payments** | $0.00 | -$64.64 | -$64.64 |
| **Credits** | -$29.00 | -$336.63 | -$365.63 |
| **Total Payments and Credits** | **-$29.00** | **-$401.27** | **-$430.27** |

### Detail     *Indicates posting date          ♦ - Pay Over Time and/or Cash Advance activity

| Payments | | Amount |
|---|---|---|
| 07/13/24* | MOBILE PAYMENT - THANK YOU | -$64.64 |

| Credits | | Amount |
|---|---|---|
| 07/11/24 | THE HOME DEPOT #8520<br>NEW BRAUNFELS     TX<br>800-654-0688 | -$12.95 ♦ |
| 07/13/24 | THE HOME DEPOT #8520<br>NEW BRAUNFELS     TX<br>800-654-0688 | -$323.68 ♦ |
| 07/17/24* | Credit Adjustment for Late Payment Fee | -$29.00 |

## New Charges

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| **Total New Charges** | **$58,933.11** | **$12,169.27** | **$71,102.38** |

### Detail     *Indicates posting date          ♦ - Pay Over Time and/or Cash Advance activity

 **MATTHEW MUTCH**
Card Ending ▮1009

| | | | | Amount |
|---|---|---|---|---|
| 06/17/24 | H-E-B #694 000000000235240<br>9999999999 | NEW BRAUNFELS | TX | $2,000.00 ♦ |
| 06/17/24 | H-E-B #694 000000000235240<br>9999999999 | NEW BRAUNFELS | TX | $420.24 ♦ |
| 06/17/24 | MOSQUITO JOE OF SOUTH AUS 000000001<br>2037227384 | NEW BRAUNFELS | TX | $117.99 ♦ |
| 06/18/24 | USPS PO 4863200331 001374655<br>8002758777 | NEW BRAUNFELS | TX | $37.10 ♦ |
| 06/19/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $42.84 ♦ |
| 06/24/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $63.84 ♦ |

Continued on reverse

MATTHEW MUTCH                           Account Ending ▮1009

## Detail Continued   *Indicates posting date                               ♦ - Pay Over Time and/or Cash Advance activity

| Date | Description | City | State | Amount |
|---|---|---|---|---|
| 06/28/24 | UNITED AIRLINES<br>UNITED AIRLINES<br>From: SAN ANTONIO INTERN  To: DENVER INTL APT / BOISE  Carrier: UA 00 / UA 00  Class:<br>Ticket Number: 01644133386722  Date of Departure: 06/28<br>Passenger Name: MUTCH /FIRST CHECKED<br>Document Type: EXCESS BAGGAGE | SAN ANTONIO | TX | $40.00 ♦ |
| 06/28/24 | SPRING CREEK BREWING<br>RESTAURANT | BOISE | ID | $93.38 ♦ |
| 06/28/24 | Rosario's Mexican SAT 1551888008<br>6946 78216 | San Antonio | TX | $17.06 ♦ |
| 06/29/24 | TST* PRONTO - SAT TB PRON 300651499<br>7192171219 | SAN ANTONIO | TX | $10.66 ♦ |
| 07/02/24 | MOSQUITO JOE OF SOUTH AUS 000000001<br>2037227384 | NEW BRAUNFELS | TX | $117.99 ♦ |
| 07/02/24 | FSP*SHADOW VALLEY GOLF CO 000023129<br>2089396699 | BOISE | ID | $26.50 ♦ |
| 07/05/24 | FSP*SHADOW VALLEY GOLF CO 000023129<br>2089396699 | BOISE | ID | $87.00 ♦ |
| 07/05/24 | SPRING CREEK BREWING<br>RESTAURANT | BOISE | ID | $175.10 ♦ |
| 07/06/24 | AMERICAN AIRLINES 13102106<br>AMERICAN AIRLINES<br>Ticket Number: 0010284386144  Date of Departure: 07/06<br>Passenger Name: MUTCH/BRIA<br>Document Type: EXCESS BAGGAGE | BOISE | ID | $35.00 ♦ |
| 07/06/24 | 6121121 - HICKORY BBQ 46429<br>RESTAURANT | DFW AIRPORT | TX | $73.92 ♦ |
| 07/09/24 | THE HOME DEPOT #8520<br>800-654-0688 | NEW BRAUNFELS | TX | $138.33 ♦ |
| 07/09/24 | USPS PO 4863200331 001374655<br>8002758777 | NEW BRAUNFELS | TX | $8.73 ♦ |
| 07/09/24 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | $550.00 ♦ |
| 07/10/24 | BECKYNEVIN.COM<br>+18584371392 | KAILUA KONA | HI | $144.00 ♦ |
| 07/10/24 | BECKYNEVIN.COM<br>+18584371392 | KAILUA KONA | HI | $777.00 ♦ |
| 07/10/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $134.23 |
| 07/10/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $216.45 ♦ |
| 07/10/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $161.68 |
| 07/10/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $67.54 |
| 07/10/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $241.84 |
| 07/10/24 | SP MOLEKULE ECOMMERCE<br>+18559999069 | PALM BEACH GARDENS | FL | $3,131.93 ♦ |
| 07/10/24 | THRIVE MARKET GOODS<br>135967103 90292 | MARINA DEL REY | CA | $1,000.00 ♦ |
| 07/10/24 | SP JOOVV<br>8444656688 | CARSON CITY | NV | $1,222.10 |
| 07/10/24 | SP RECTEQ<br>+17069220890 | MARIETTA | GA | $3,477.88 |

Continued on next page



**Platinum Card®**

p. 5/9

MATTHEW MUTCH
Closing Date 07/18/24

Account Ending ▉1009

| **Detail Continued** | *Indicates posting date | | ♦ - Pay Over Time and/or Cash Advance activity | |
|---|---|---|---|---|
| | | | | **Amount** |
| 07/10/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $106.92 |
| 07/10/24 | SP SOMAVEDIC TECHNOL<br>3474544354 | DOVER | DE | $2,674.89 ♦ |
| 07/10/24 | EPIC LIFE NB<br>+18302143661 | NEW BRAUNFELS | TX | $1,226.67 ♦ |
| 07/10/24 | VENMO *ALYSSA MATHISEN<br>8558124430 | 8558124430 | NY | $334.75 |
| 07/10/24 | DEFENDER<br>8004992418 | 8004992418 | FL | $645.71 ♦ |
| 07/10/24 | VENMO *ALYSSA MATHISEN<br>8558124430 | 8558124430 | NY | $334.75 |
| 07/10/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $70.93 ♦ |

| 07/11/24 | Southwest Airlines | DALLAS | TX | $855.96 ♦ |
|---|---|---|---|---|

SOUTHWEST AIRLINES (MASTE

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| SAN ANTONIO INTERN | LAS VEGAS MCCARRAN | WN | M |
| | BOISE | WN | M |
| | PHOENIX SKY HARBOR | WN | S |
| | SAN ANTONIO INTERN | WN | S |

Ticket Number: 5262537809497    Date of Departure: 12/20
Passenger Name: MUTCH/MATTHEW
Document Type: PASSENGER TICKET

| 07/11/24 | Southwest Airlines | DALLAS | TX | $855.96 |
|---|---|---|---|---|

SOUTHWEST AIRLINES (MASTE

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| SAN ANTONIO INTERN | LAS VEGAS MCCARRAN | WN | M |
| | BOISE | WN | M |
| | PHOENIX SKY HARBOR | WN | S |
| | SAN ANTONIO INTERN | WN | S |

Ticket Number: 5262537809496    Date of Departure: 12/20
Passenger Name: MUTCH/CAMERON
Document Type: PASSENGER TICKET

| 07/11/24 | Southwest Airlines | DALLAS | TX | $855.96 |
|---|---|---|---|---|

SOUTHWEST AIRLINES (MASTE

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| SAN ANTONIO INTERN | LAS VEGAS MCCARRAN | WN | M |
| | BOISE | WN | M |
| | PHOENIX SKY HARBOR | WN | S |
| | SAN ANTONIO INTERN | WN | S |

Ticket Number: 5262537809498    Date of Departure: 12/20
Passenger Name: MUTCH/BRIA
Document Type: PASSENGER TICKET

| 07/11/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $16.27 ♦ |
|---|---|---|---|---|
| 07/11/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $52.50 |
| 07/11/24 | SP LAMBS<br>+14244136840 | SANTA MONICA | CA | $146.95 ♦ |
| 07/11/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $55.20 |
| 07/11/24 | HAD VITAL CHOICE<br>SEAFOOD&MEAT | 800-345-5655 | OR | $176.98 |
| 07/11/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $260.08 |
| 07/11/24 | THE HOME DEPOT 8520<br>HOME SUPPLY WAREHOUSE | NEW BRAUNFELS | TX | $337.70 |

Continued on reverse

MATTHEW MUTCH                        Account Ending ▮1009

---

## Detail Continued    *Indicates posting date    ♦ - Pay Over Time and/or Cash Advance activity

| | | | | Amount |
|---|---|---|---|---|
| 07/11/24 | H-E-B #694 000000000235240 9999999999 | NEW BRAUNFELS | TX | $2,000.00 |
| 07/11/24 | THE HOME DEPOT 8520 HOME SUPPLY WAREHOUSE | NEW BRAUNFELS | TX | $200.00 |
| 07/11/24 | POTTERY BARN KIDS HOME FURNISH | 800-290-8181 | CA | $220.82 |
| 07/11/24 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $254.58 |
| 07/11/24 | GDP=james c lovett 00-08041067862 480-5058800 | Milwaukee | WI | $575.00 |
| 07/11/24 | HOMEFIELD 000000001 8306261971 | NEW BRAUNFELS | TX | $3,340.60 |
| 07/11/24 | SP BOLL & BRANCH +18006783234 | SUMMIT | NJ | $2,942.67 |
| 07/11/24 | NORTH ATLANTIC IMPORTS LL 000000001 4352523030 | LOGAN | UT | $3,776.70 |
| 07/11/24 | APPLE ONLINE STORE 5624587790 78130- COM*PUTER/SOFTWARE W1456959598 MA91180785 | CUPERTINO | CA | $4,202.64 |
| 07/11/24 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $968.75 |
| 07/11/24 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $1,567.33 |
| 07/12/24 | AMAZON.COM MERCHANDISE | AMZN.COM/BILL | WA | $259.78 |
| 07/12/24 | POTTERYBARN.COM HOME FURNISH | 800-922-9934 | CA | $3,548.44 |
| 07/12/24 | H-E-B #694 000000000235240 9999999999 | NEW BRAUNFELS | TX | $2,000.00 |
| 07/12/24 | H-E-B #694 000000000235240 9999999999 | NEW BRAUNFELS | TX | $34.51 |
| 07/12/24 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $85.69 |
| 07/12/24 | LULULEMON USD GIFT CARDS | 877-263-9300 | ME | $1,000.00 |
| 07/12/24 | AMAZON.COM MERCHANDISE | AMZN.COM/BILL | WA | $29.41 |
| 07/12/24 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $1,034.75 |
| 07/12/24 | AMAZON.COM MERCHANDISE | AMZN.COM/BILL | WA | $164.48 |
| 07/12/24 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $1,034.75 |
| 07/12/24 | SP RUGGABLE.COM +18773314662 | GARDENA | CA | $1,509.84 |
| 07/12/24 | NEW BRAUNFELS FEED & SUPP 650000008814 8306257250 | NEW BRAUNFELS | TX | $880.48 |
| 07/12/24 | THE POMEGRANATE 930553200112381 TIFFANY@GRUENEOUTFITTERS. | NEW BRAUNFELS | TX | $275.93 |
| 07/12/24 | THE POMEGRANATE 930553200112381 TIFFANY@GRUENEOUTFITTERS. | NEW BRAUNFELS | TX | $750.00 |
| 07/12/24 | LULULEMON ATHLETICA USA B TO C CLOTHING 877-263-9300 | (877)263-9300 | CA | $138.56 |

Continued on next page



**Platinum Card®**

MATTHEW MUTCH
Closing Date 07/18/24



p. 7/9

Account Ending █1009

| **Detail Continued** *Indicates posting date | | | ♦ - Pay Over Time and/or Cash Advance activity |
|---|---|---|---|
| | | | **Amount** |
| 07/12/24 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $46.80 |
| 07/12/24 | YETI COOLERS, LLC GENERAL MERCHANDISE | WILMINGTON | DE | $460.06 |
| 07/12/24 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $203.37 ♦ |
| 07/12/24 | JM BULLION,INC. JM Bullion,Inc. www.jmbullion.com | DALLAS | TX | $7,151.31 |
| 07/12/24 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $647.34 |
| 07/13/24 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $32.46 |
| 07/13/24 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $29.98 |
| 07/13/24 | AMAZON.COM MERCHANDISE | AMZN.COM/BILL | WA | $18.37 |
| 07/13/24 | BASSET FURNITURE WEB 276-629-6000 | BASSETT | VA | $2,379.36 |
| 07/13/24 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $313.91 |
| 07/13/24 | SP BOLL & BRANCH +18006783234 | SUMMIT | NJ | $487.56 |
| 07/13/24 | H-E-B #775 000000000057116 8009874438 | NEW BRAUNFELS | TX | $2,000.00 |
| 07/13/24 | H-E-B #775 000000000057116 8009874438 | NEW BRAUNFELS | TX | $43.30 ♦ |
| 07/13/24 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $48.66 |
| 07/13/24 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $14.60 ♦ |
| 07/13/24 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $258.71 |
| 07/16/24 | WORLD MARKET ECOMM 0000 510-808-9164 | ALAMEDA | CA | $73.48 ♦ |
| 07/17/24 | WORLD MARKET ECOMM 0000 510-808-9164 | ALAMEDA | CA | $458.89 |

## Fees

| | | **Amount** |
|---|---|---|
| 07/12/24 | Late Payment Fee | $29.00 |
| **Total Fees for this Period** | | **$29.00** |

Continued on reverse

MATTHEW MUTCH                    Account Ending ▮1009                    p. 8/9

## Interest Charged

| | Amount |
|---|---|
| **Total Interest Charged for this Period** | **$0.00** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2024 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2024 | $695.00 |
| Total Interest in 2024 | $0.00 |

## Interest Charge Calculation                    Days in Billing Period: 31

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
Variable APRs will not exceed 29.99%.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | **From** | **To** | | | |
| Pay Over Time | 06/07/2024 | | 27.24% (v) | $0.00 | $0.00 |
| Cash Advances | 06/07/2024 | | 29.99% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$0.00** |

(v) Variable Rate

### Information on Pay Over Time and Purchasing Options

**Your Card has no preset spending limit**

No preset spending limit means your spending limit is flexible. In fact, unlike a traditional credit card with a set limit, the amount you can spend adapts based on factors such as your purchase, payment, and credit history. If you're ever unsure if a large purchase will be approved, you can use the Check Spending Power tool in your online account or mobile app. Please note that in a small number of cases, we may assign a specific spending limit to a Card Member's account due to a variety of factors such as the Card Member's credit score, past due payments with us or other creditors, or high balances on revolving credit accounts.

**Pay Over Time Limit: $15,000.00**

The total of your Pay Over Time and/or Cash Advance balance and Plan balance cannot exceed your Pay Over Time Limit. No charge or portion of a charge during the billing period will be added to a Pay Over Time balance if it would cause the total of your Pay Over Time, Cash Advance, and Plan balances to go over your Pay Over Time Limit. **This is not a spending limit.** We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit.

**Available Pay Over Time Limit**

Your Available Pay Over Time Limit is accurate as of your statement date. This Limit is the remaining amount that can be added to the total of your Pay Over Time, Cash Advance, and/or Plan balances. Remember that you can continue to create plans for purchases that are currently in your Pay Over Time balance even if you have reached your Pay Over Time Limit. Your total Cash Advance balance is subject to your Cash Advance Limit, which you can find in your Cardmember Agreement. If you have a preset spending limit on your account that is less than your Pay Over Time Limit, you may not be able to use your Available Pay Over Time Limit.

**AMERICAN EXPRESS**  MATTHEW MUTCH                    Closing Date 07/18/24        Account Ending ▮1009

### IMPORTANT NOTICES

### EFT Error Resolution Notice
In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1.  Tell us your name and account number (if any).
2.  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Your Cardmember Agreement
To access the most up to date version of your Cardmember Agreement, please log in to your Account at **www.americanexpress.com**.

### Corrected Car Rental Loss and Damage Insurance Phone Numbers
The phone number for Car Rental Loss and Damage Insurance is 1-800-338-1670 (US) and 1-303-273-6497 (International). Please update your records.

### Membership Rewards® Program Updates
You can view a summary of updates to the Membership Rewards® program anytime, including information about the availability of redemption options, by visiting **americanexpress.com/mrupdates**.

*End of Important Notices.*



**Platinum Card®**

MATTHEW MUTCH
Closing Date 08/18/24
Account Ending ■ 1009



p. 1/5

**Customer Care:** 1-800-525-3355
**TTY:** Use Relay 711
**Website:** americanexpress.com

| | |
|---|---|
| **New Balance** | **$74,273.29** |
| **Minimum Payment Due** | **$59,682.21** |
| Includes the past due amount of $58,399.99 | |
| **Payment Due Date** | **09/12/24** |

**Membership Rewards® Points**
Available and Pending as of 07/31/24

**257,993**
For up to date point balance and full program details, visit **membershiprewards.com**

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 09/12/24, you may have to pay a late fee of up to $40.00 and your Pay Over Time APR may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you have a Pay Over Time and/or Cash Advance balance and you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 25 years | $47,980 |

If you would like information about credit counseling services, call 1-888-733-4139.

➡ See page 2 for important information about your account.

⚠ Your account is past due.

➡ Please refer to the **IMPORTANT NOTICES** section.

➡ For more information on your Pay Over Time Limit and your purchasing options, please refer to the **Information on Pay Over Time and Purchasing Options** section.

*Continued on page 3*

## Account Summary

**Pay In Full**

| | |
|---|---|
| Previous Balance | $58,933.11 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$29.00 |
| New Balance = | $58,962.11 |

**Pay Over Time and/or Cash Advance**

| | |
|---|---|
| Previous Balance | $15,000.00 |
| Payments/Credits | -$24.29 |
| New Pay Over Time Charges | +$0.00 |
| New Cash Advances | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$335.47 |
| New Balance = | $15,311.18 |
| Minimum Due | $720.10 |

**Account Total**

| | |
|---|---|
| **Previous Balance** | **$73,933.11** |
| Payments/Credits | -$24.29 |
| New Charges | +$0.00 |
| New Cash Advances | +$0.00 |
| Fees | +$29.00 |
| Interest Charged | +$335.47 |
| **New Balance** | **$74,273.29** |
| **Minimum Payment Due** | **$59,682.21** |

| | |
|---|---|
| **Pay Over Time Limit** | $15,000.00 |
| **Available Pay Over Time Limit** | $0.00 |

---

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

Account Ending ■ 1009

Enter 15 digit account # on all payments.
Make check payable to American Express.

MATTHEW MUTCH

Payment Due Date
**09/12/24**

New Balance
**$74,273.29**

Minimum Payment Due
**$59,682.21**



See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$ _____ • _____
**Amount Enclosed**

0000349993253404855 00742732900596822 14 A

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time and/or Cash Advance balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. If you have Pay Over Time, we will not charge you interest on charges automatically added to a Pay Over Time balance if each month you pay your Account Total New Balance on your billing statement (or, if you have a Plan balance, your Adjusted Balance on your billing statement) by the due date. If you have Cash Advance on your Account, we will begin charging interest on cash advances on the transaction date. If you have Pay Over Time Select: we will begin charging interest on purchases added to a Pay Over Time Select balance at your request on the date that they are added to your Pay Over Time Select balance.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
**- Account information:** Your name and account number.
**- Dollar amount:** The dollar amount of the suspected error.
**- Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
**-** We cannot try to collect the amount in question, or report you as delinquent on that amount.
**-** The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
**-** While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
**-** We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

### Change of Address, phone number, email

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

### Please do not add any written communication or address change on this stub

### Pay Your Bill with AutoPay

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

 **Platinum Card®**

MATTHEW MUTCH
Closing Date 08/18/24



p. 3/5

Account Ending ▮1009

| | | |
|---|---|---|
| **Customer Care & Billing Inquiries** | | **1-800-525-3355** |
| International Collect | | 1-954-473-2123 |
| Cash Advance at ATMs Inquiries | | 1-800-CASH-NOW |
| **Large Print & Braille Statements** | | **1-800-525-3355** |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-525-3355**

**Website:** americanexpress.com

| **Customer Care & Billing Inquiries** | **Payments** |
|---|---|
| P.O. BOX 981535 | PO BOX 6031 |
| EL PASO, TX | CAROL STREAM IL |
| 79998-1535 | 60197-6031 |

MEMBERSHIP
rewards®

Because your payment was received late, you may have forfeited Membership Rewards® points. Please visit our website at **www.membershiprewards.com/terms** or call **1-800-AXP-EARN** (297-3276) for more information or to reinstate points. There is a $35.00 fee for each month of points you want to reinstate.

**American Express® High Yield Savings Account**
No monthly fees. No minimum opening deposit. 24/7 customer support. Help meet your savings goals with an American Express High Yield Savings Account. Terms apply. Member FDIC. Learn more by visiting **americanexpress.com/save**

## Payments and Credits

### Summary

| | Pay In Full | Pay Over Time / Cash Advance ♦ | Total |
|---|---|---|---|
| **Payments** | $0.00 | $0.00 | $0.00 |
| **Credits** | $0.00 | -$24.29 | -$24.29 |
| **Total Payments and Credits** | **$0.00** | **-$24.29** | **-$24.29** |

### Detail

♦ - Pay Over Time and/or Cash Advance activity

| Credits | | Amount |
|---|---|---|
| 07/20/24 | WORLD MARKET ECOMM 899 | -$24.29 ♦ |
| | ALAMEDA          CA | |
| | 510-808-9164 | |

## Fees

| | | Amount |
|---|---|---|
| 08/12/24 | Late Payment Fee | $29.00 |
| **Total Fees for this Period** | | **$29.00** |

Continued on reverse

MATTHEW MUTCH          Account Ending ▮1009

## Interest Charged

| | Amount |
|---|---|
| 08/18/24    Interest Charge on Pay Over Time Purchases | $335.47 |
| **Total Interest Charged for this Period** | **$335.47** |

**About Trailing Interest**

You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2024 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2024 | $724.00 |
| Total Interest in 2024 | $335.47 |

## Interest Charge Calculation

Days in Billing Period: 31

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
Variable APRs will not exceed 29.99%.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Pay Over Time | 06/07/2024 | | 27.24% (v) | $14,505.99 | $335.47 |
| Cash Advances | 06/07/2024 | | 29.99% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$335.47** |

(v) Variable Rate

## Information on Pay Over Time and Purchasing Options

**Your Card has no preset spending limit**

No preset spending limit means your spending limit is flexible. In fact, unlike a traditional credit card with a set limit, the amount you can spend adapts based on factors such as your purchase, payment, and credit history. If you're ever unsure if a large purchase will be approved, you can use the Check Spending Power tool in your online account or mobile app. Please note that in a small number of cases, we may assign a specific spending limit to a Card Member's account due to a variety of factors such as the Card Member's credit score, past due payments with us or other creditors, or high balances on revolving credit accounts.

**Pay Over Time Limit: $15,000.00**

The total of your Pay Over Time and/or Cash Advance balance and Plan balance cannot exceed your Pay Over Time Limit. No charge or portion of a charge during the billing period will be added to a Pay Over Time balance if it would cause the total of your Pay Over Time, Cash Advance, and Plan balances to go over your Pay Over Time Limit. **This is not a spending limit.** We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit.

**Available Pay Over Time Limit**

Your Available Pay Over Time Limit is accurate as of your statement date. This Limit is the remaining amount that can be added to the total of your Pay Over Time, Cash Advance, and/or Plan balances. Remember that you can continue to create plans for purchases that are currently in your Pay Over Time balance even if you have reached your Pay Over Time Limit. Your total Cash Advance balance is subject to your Cash Advance Limit, which you can find in your Cardmember Agreement. If you have a preset spending limit on your account that is less than your Pay Over Time Limit, you may not be able to use your Available Pay Over Time Limit.

MATTHEW MUTCH    Closing Date 08/18/24    Account Ending █1009

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Corrected Baggage Insurance Plan Coverage Limits

This Card is eligible for up to $2,000 in Checked Baggage and $3,000 in Carry-on Baggage damage to or theft of related losses. Coverage is subject to $1,000 per High Risk Item and $3,000 in aggregate for the trip maximums per Covered Person. Coverage is activated when the Entire Fare for a Common Carrier Vehicle ticket is purchased on an Eligible Card. This benefit information replaces anything you may have previously received from us. Terms, conditions, provisions and exclusions apply. For more information, please visit **americanexpress.com/BIPTerms** or call 1-800-228-6855 (US) / 1-303-273-6497 (Intl).

### Update to $189 CLEAR® Plus Credit

**Effective August 1, 2024**, Platinum Card® Members can now earn up to $199 (increased from $189) in statement credits per calendar year when they use their Platinum Card® to pay for the annual CLEAR® Plus Membership. Purchases by both the Basic Card Member and any Additional Card Members on the Card Account are eligible for statement credits. However, the total amount of statement credits for eligible purchases will not exceed $199 on the Card Account per calendar year. We are also changing the Benefit Name to $199 CLEAR® Credit. Additional terms apply, please visit **americanexpress.com/platinum**.

### Update to Fee Credit for Global Entry or TSA PreCheck®

**Effective October 1, 2024**, we are increasing the amount of the statement credit available to Platinum Card Members when they pay for the Global Entry application fee with their Cards. Platinum Card Members and Additional Cards on the Account will be eligible to earn a $120 statement credit (increased from $100) every 4 years for the Global Entry application fee (to be increased from $100 to $120 on October 1, 2024) or up to $85 every 4.5 years for the TSA PreCheck® application fee (when applying through a TSA official enrollment provider). Global Entry includes TSA PreCheck®. Additional terms apply, please visit **americanexpress.com/card-benefits/view-all/platinum**.

### Corrected Car Rental Loss and Damage Insurance Phone Numbers

The phone number for Car Rental Loss and Damage Insurance is 1-800-338-1670 (US) and 1-303-273-6497 (International). Please update your records.

### Membership Rewards® Program Updates

You can view a summary of updates to the Membership Rewards® program anytime, including information about the availability of redemption options, by visiting **americanexpress.com/mrupdates**.

*End of Important Notices.*



**Platinum Card®**

MATTHEW MUTCH
Closing Date 09/17/24
Account Ending ██1009



p. 1/5

**Customer Care:** 1-800-525-3355
**TTY:** Use Relay 711
**Website:** americanexpress.com

| | |
|---|---|
| **New Balance** | **$74,238.66** |
| **Minimum Payment Due** | **$59,524.68** |
| Includes the past due amount of $859.48 | |
| **Payment Due Date** | **10/12/24** |

**Membership Rewards® Points**
Available and Pending as of 08/31/24

**257,993**
For up to date point balance and full program details, visit **membershiprewards.com**

## Account Summary

**Pay In Full**

| | |
|---|---|
| Previous Balance | $58,962.11 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$40.00 |
| New Balance = | $59,002.11 |

**Pay Over Time and/or Cash Advance**

| | |
|---|---|
| Previous Balance | $15,311.18 |
| Payments/Credits | -$385.47 |
| New Pay Over Time Charges | +$0.00 |
| New Cash Advances | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$310.84 |
| New Balance = | $15,236.55 |
| Minimum Due | $522.57 |

**Account Total**

| | |
|---|---|
| **Previous Balance** | **$74,273.29** |
| Payments/Credits | -$385.47 |
| New Charges | +$0.00 |
| New Cash Advances | +$0.00 |
| Fees | +$40.00 |
| Interest Charged | +$310.84 |
| **New Balance** | **$74,238.66** |
| **Minimum Payment Due** | **$59,524.68** |

| | |
|---|---|
| **Pay Over Time Limit** | $15,000.00 |
| **Available Pay Over Time Limit** | $0.00 |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 10/12/24, you may have to pay a late fee of up to $40.00 and your Pay Over Time APR may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you have a Pay Over Time and/or Cash Advance balance and you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 25 years | $48,192 |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

⚠ Your account is past due.

Please refer to the **IMPORTANT NOTICES** section.

For more information on your Pay Over Time Limit and your purchasing options, please refer to the **Information on Pay Over Time and Purchasing Options** section.

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending** ██1009

Enter 15 digit account # on all payments.
Make check payable to American Express.

MATTHEW MUTCH

| | |
|---|---|
| Payment Due Date | **10/12/24** |
| New Balance | **$74,238.66** |
| Minimum Payment Due | **$59,524.68** |



See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$_____ . ____
**Amount Enclosed**

0000349993253404855 00742386600595 2468 14 A

MATTHEW MUTCH                    Account Ending ■1009                    p. 2/5

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time and/or Cash Advance balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. If you have Pay Over Time, we will not charge you interest on charges automatically added to a Pay Over Time balance if each month you pay your Account Total New Balance on your billing statement (or, if you have a Plan balance, your Adjusted Balance on your billing statement) by the due date. If you have Cash Advance on your Account, we will begin charging interest on cash advances on the transaction date. If you have Pay Over Time Select: we will begin charging interest on purchases added to a Pay Over Time Select balance at your request on the date that they are added to your Pay Over Time Select balance.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
**- Account information:** Your name and account number.
**- Dollar amount:** The dollar amount of the suspected error.
**- Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
**-** We cannot try to collect the amount in question, or report you as delinquent on that amount.
**-** The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
**-** While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
**-** We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

 **Platinum Card®**

MATTHEW MUTCH
Closing Date 09/17/24



p. 3/5

Account Ending ▮1009

| **Customer Care & Billing Inquiries** | **1-800-525-3355** |
|---|---|
| International Collect | 1-954-473-2123 |
| Cash Advance at ATMs Inquiries | 1-800-CASH-NOW |
| **Large Print & Braille Statements** | **1-800-525-3355** |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-525-3355**

**Website:** americanexpress.com

| Customer Care & Billing Inquiries | Payments |
|---|---|
| P.O. BOX 981535 | PO BOX 6031 |
| EL PASO, TX | CAROL STREAM IL |
| 79998-1535 | 60197-6031 |

## Payments and Credits

### Summary

|  | Pay In Full | Pay Over Time / Cash Advance ♦ | Total |
|---|---|---|---|
| **Payments** | $0.00 | $0.00 | $0.00 |
| **Credits** | $0.00 | -$385.47 | -$385.47 |
| **Total Payments and Credits** | **$0.00** | **-$385.47** | **-$385.47** |

### Detail    *Indicates posting date                              ♦ - Pay Over Time and/or Cash Advance activity

| Credits | | Amount |
|---|---|---|
| 08/21/24* | Credit Adjustment for Purchase Finance Charge | -$335.47 ♦ |
| 08/22/24* | CREDIT ADJUSTMENT | -$50.00 ♦ |

## Fees

| | | Amount |
|---|---|---|
| 09/12/24 | Late Payment Fee | $40.00 |
| **Total Fees for this Period** | | **$40.00** |

## Interest Charged

| | | Amount |
|---|---|---|
| 09/17/24 | Interest Charge on Pay Over Time Purchases | $310.84 |
| **Total Interest Charged for this Period** | | **$310.84** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

### 2024 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2024 | $764.00 |
| Total Interest in 2024 | $310.84 |

## Interest Charge Calculation

Days in Billing Period: 30

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
Variable APRs will not exceed 29.99%.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Pay Over Time | 06/07/2024 | | 27.24% (v) | $13,889.14 | $310.84 |
| Cash Advances | 06/07/2024 | | 29.99% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$310.84** |

(v) Variable Rate

### Information on Pay Over Time and Purchasing Options

### Your Card has no preset spending limit

No preset spending limit means your spending limit is flexible. In fact, unlike a traditional credit card with a set limit, the amount you can spend adapts based on factors such as your purchase, payment, and credit history. If you're ever unsure if a large purchase will be approved, you can use the Check Spending Power tool in your online account or mobile app. Please note that in a small number of cases, we may assign a specific spending limit to a Card Member's account due to a variety of factors such as the Card Member's credit score, past due payments with us or other creditors, or high balances on revolving credit accounts.

### Pay Over Time Limit: $15,000.00

The total of your Pay Over Time and/or Cash Advance balance and Plan balance cannot exceed your Pay Over Time Limit. No charge or portion of a charge during the billing period will be added to a Pay Over Time balance if it would cause the total of your Pay Over Time, Cash Advance, and Plan balances to go over your Pay Over Time Limit. **This is not a spending limit.** We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit.

### Available Pay Over Time Limit

Your Available Pay Over Time Limit is accurate as of your statement date. This Limit is the remaining amount that can be added to the total of your Pay Over Time, Cash Advance, and/or Plan balances. Remember that you can continue to create plans for purchases that are currently in your Pay Over Time balance even if you have reached your Pay Over Time Limit. Your total Cash Advance balance is subject to your Cash Advance Limit, which you can find in your Cardmember Agreement. If you have a preset spending limit on your account that is less than your Pay Over Time Limit, you may not be able to use your Available Pay Over Time Limit.

**MATTHEW MUTCH**                                    Closing Date 09/17/24                    Account Ending ████ 1009

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Corrected Baggage Insurance Plan Coverage Limits

This Card is eligible for up to $2,000 in Checked Baggage and $3,000 in Carry-on Baggage damage to or theft of related losses. Coverage is subject to $1,000 per High Risk Item and $3,000 in aggregate for the trip maximums per Covered Person. Coverage is activated when the Entire Fare for a Common Carrier Vehicle ticket is purchased on an Eligible Card. This benefit information replaces anything you may have previously received from us. Terms, conditions, provisions and exclusions apply. For more information, please visit **americanexpress.com/BIPTerms** or call 1-800-228-6855 (US) / 1-303-273-6497 (Intl).

### Change to Your Uber Cash Benefit

**Effective November 8, 2024**, in addition to having Uber Cash toggled on, an American Express Card must be selected as the payment method for your transaction in the Uber or Uber Eats app to redeem Uber Cash received through this benefit.

### Update to $189 CLEAR® Plus Credit

**Effective August 1, 2024**, Platinum Card® Members can now earn up to $199 (increased from $189) in statement credits per calendar year when they use their Platinum Card® to pay for the annual CLEAR® Plus Membership. Purchases by both the Basic Card Member and any Additional Card Members on the Card Account are eligible for statement credits. However, the total amount of statement credits for eligible purchases will not exceed $199 on the Card Account per calendar year. We are also changing the Benefit Name to $199 CLEAR® Credit. Additional terms apply, please visit **americanexpress.com/platinum**.

### Update to Fee Credit for Global Entry or TSA PreCheck®

**Effective October 1, 2024**, we are increasing the amount of the statement credit available to Platinum Card Members when they pay for the Global Entry application fee with their Cards. Platinum Card Members and Additional Cards on the Account will be eligible to earn a $120 statement credit (increased from $100) every 4 years for the Global Entry application fee (to be increased from $100 to $120 on October 1, 2024) or up to $85 every 4.5 years for the TSA PreCheck® application fee (when applying through a TSA official enrollment provider). Global Entry includes TSA PreCheck®. Additional terms apply, please visit **americanexpress.com/card-benefits/view-all/platinum**.

### Corrected Car Rental Loss and Damage Insurance Phone Numbers

The phone number for Car Rental Loss and Damage Insurance is 1-800-338-1670 (US) and 1-303-273-6497 (International). Please update your records.

### Membership Rewards® Program Updates

You can view a summary of updates to the Membership Rewards® program anytime, including information about the availability of redemption options, by visiting **americanexpress.com/mrupdates**.

*End of Important Notices.*



## Platinum Card®

MATTHEW MUTCH
Closing Date 10/18/24
Account Ending ■1009



p. 1/5

**Customer Care:** 1-800-525-3355
**TTY:** Use Relay 711
**Website:** americanexpress.com

| | |
|---|---|
| **New Balance** | **$73,927.82** |
| **Minimum Payment Due** | **$59,300.62** |
| Includes the past due amount of $4,019.00 | |
| **Payment Due Date** | **11/12/24** |

**Membership Rewards® Points**
Available and Pending as of 09/30/24

**4,464**

For up to date point balance and full program details, visit **membershiprewards.com**

## Account Summary

**Pay In Full**

| | |
|---|---|
| Previous Balance | $59,002.11 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$0.00 |
| New Balance = | $59,002.11 |

**Pay Over Time and/or Cash Advance**

| | |
|---|---|
| Previous Balance | $15,236.55 |
| Payments/Credits | -$310.84 |
| New Pay Over Time Charges | +$0.00 |
| New Cash Advances | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance = | $14,925.71 |
| Minimum Due | $298.51 |

**Account Total**

| | |
|---|---|
| **Previous Balance** | **$74,238.66** |
| Payments/Credits | -$310.84 |
| New Charges | +$0.00 |
| New Cash Advances | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$73,927.82** |
| **Minimum Payment Due** | **$59,300.62** |

| | |
|---|---|
| **Pay Over Time Limit** | $15,000.00 |
| **Available Pay Over Time Limit** | $74.29 |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 11/12/24, you may have to pay a late fee of up to $40.00 and your Pay Over Time APR may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you have a Pay Over Time and/or Cash Advance balance and you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 25 years | $47,024 |

If you would like information about credit counseling services, call 1-888-733-4139.

📧 See page 2 for important information about your account.

⚠ Your account is past due.

📧 Please refer to the **IMPORTANT NOTICES** section.

📧 For more information on your Pay Over Time Limit and your purchasing options, please refer to the **Information on Pay Over Time and Purchasing Options** section.

↓ Please fold on the perforation below, detach and return with your payment ↓

📧 **Payment Coupon**
Do not staple or use paper clips

🖥 **Pay by Computer**
americanexpress.com/pbc

📞 **Pay by Phone**
1-800-472-9297

**Account Ending** ■1009

Enter 15 digit account # on all payments.
Make check payable to American Express.

MATTHEW MUTCH

| | |
|---|---|
| Payment Due Date | **11/12/24** |
| New Balance | **$73,927.82** |
| Minimum Payment Due | **$59,300.62** |

վիվՈւՈգովոլիրիվովովվիգիվիրերիկովվկիրիՈւՈլիրի||||

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$_____._____
**Amount Enclosed**

00003499932534048S5 0073927820059300062 14 A

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time and/or Cash Advance balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. If you have Pay Over Time, we will not charge you interest on charges automatically added to a Pay Over Time balance if each month you pay your Account Total New Balance on your billing statement (or, if you have a Plan balance, your Adjusted Balance on your billing statement) by the due date. If you have Cash Advance on your Account, we will begin charging interest on cash advances on the transaction date. If you have Pay Over Time Select: we will begin charging interest on purchases added to a Pay Over Time Select balance at your request on the date that they are added to your Pay Over Time Select balance.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
**- Account information:** Your name and account number.
**- Dollar amount:** The dollar amount of the suspected error.
**- Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
**-** We cannot try to collect the amount in question, or report you as delinquent on that amount.
**-** The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
**-** While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
**-** We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

## Change of Address, phone number, email

**-** Online at **www.americanexpress.com/updatecontactinfo**
**-** Via mobile device
**-** Voice automated: call the number on the back of your card
**-** For name, company name, and foreign address or phone changes, please call Customer Care

## Please do not add any written communication or address change on this stub

## Pay Your Bill with AutoPay

Deduct your payment from your bank account automatically each month.

**-** Avoid late fees
**-** Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

 **Platinum Card®**   p. 3/5

MATTHEW MUTCH
Closing Date 10/18/24                                       Account Ending ▊1009

| | | |
|---|---|---|
| 📞 | **Customer Care & Billing Inquiries** | **1-800-525-3355** |
| | International Collect | 1-954-473-2123 |
| | Cash Advance at ATMs Inquiries | 1-800-CASH-NOW |
| | **Large Print & Braille Statements** | **1-800-525-3355** |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-525-3355**

💻 **Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
PO BOX 6031
CAROL STREAM IL
60197-6031

## Payments and Credits

### Summary

| | Pay In Full | Pay Over Time / Cash Advance ♦ | Total |
|---|---|---|---|
| **Payments** | $0.00 | $0.00 | $0.00 |
| **Credits** | $0.00 | -$310.84 | -$310.84 |
| **Total Payments and Credits** | **$0.00** | **-$310.84** | **-$310.84** |

### Detail    *Indicates posting date                 ♦ - Pay Over Time and/or Cash Advance activity

| Payments | | Amount |
|---|---|---|
| 09/22/24* | ONLINE PAYMENT - THANK YOU | -$74,238.66 |
| 09/22/24* | RETURNED CHECK/DECLINED BANK TRANSACTIONS | $74,238.66 |
| **Credits** | | **Amount** |
| 10/11/24* | Credit Adjustment for Purchase Finance Charge | -$310.84 ♦ |

## Fees

| | Amount |
|---|---|
| **Total Fees for this Period** | **$0.00** |

## Interest Charged

| | Amount |
|---|---|
| **Total Interest Charged for this Period** | **$0.00** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

### 2024 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2024 | $764.00 |
| Total Interest in 2024 | $0.00 |

MATTHEW MUTCH                    Account Ending ■1009                              p. 4/5

## Interest Charge Calculation                              Days in Billing Period: 31

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
Variable APRs will not exceed 29.99%.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Pay Over Time | 06/07/2024 | | 26.74% (v) | $0.00 | $0.00 |
| Cash Advances | 06/07/2024 | | 29.99% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$0.00** |
| (v) Variable Rate | | | | | |

### Information on Pay Over Time and Purchasing Options

### Your Card has no preset spending limit

No preset spending limit means your spending limit is flexible. In fact, unlike a traditional credit card with a set limit, the amount you can spend adapts based on factors such as your purchase, payment, and credit history. If you're ever unsure if a large purchase will be approved, you can use the Check Spending Power tool in your online account or mobile app. Please note that in a small number of cases, we may assign a specific spending limit to a Card Member's account due to a variety of factors such as the Card Member's credit score, past due payments with us or other creditors, or high balances on revolving credit accounts.

### Pay Over Time Limit: $15,000.00

The total of your Pay Over Time and/or Cash Advance balance and Plan balance cannot exceed your Pay Over Time Limit. No charge or portion of a charge during the billing period will be added to a Pay Over Time balance if it would cause the total of your Pay Over Time, Cash Advance, and Plan balances to go over your Pay Over Time Limit. **This is not a spending limit.** We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit.

### Available Pay Over Time Limit

Your Available Pay Over Time Limit is accurate as of your statement date. This Limit is the remaining amount that can be added to the total of your Pay Over Time, Cash Advance, and/or Plan balances. Remember that you can continue to create plans for purchases that are currently in your Pay Over Time balance even if you have reached your Pay Over Time Limit. Your total Cash Advance balance is subject to your Cash Advance Limit, which you can find in your Cardmember Agreement. If you have a preset spending limit on your account that is less than your Pay Over Time Limit, you may not be able to use your Available Pay Over Time Limit.

**MATTHEW MUTCH**                Closing Date 10/18/24            Account Ending ▮1009

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Your Cardmember Agreement

To access the most up to date version of your Cardmember Agreement, please log in to your Account at **www.americanexpress.com**.

### Change to Your Uber Cash Benefit

**Effective November 8, 2024**, in addition to having Uber Cash toggled on, an American Express Card must be selected as the payment method for your transaction in the Uber or Uber Eats app to redeem Uber Cash received through this benefit.

### Corrected Baggage Insurance Plan Coverage Limits

This Card is eligible for up to $2,000 in Checked Baggage and $3,000 in Carry-on Baggage damage to or theft of related losses. Coverage is subject to $1,000 per High Risk Item and $3,000 in aggregate for the trip maximums per Covered Person. Coverage is activated when the Entire Fare for a Common Carrier Vehicle ticket is purchased on an Eligible Card. This benefit information replaces anything you may have previously received from us. Terms, conditions, provisions and exclusions apply. For more information, please visit **americanexpress.com/BIPTerms** or call 1-800-228-6855 (US) / 1-303-273-6497 (Intl).

### Update to Fee Credit for Global Entry or TSA PreCheck®

**Effective October 1, 2024**, we are increasing the amount of the statement credit available to Platinum Card Members when they pay for the Global Entry application fee with their Cards. Platinum Card Members and Additional Cards on the Account will be eligible to earn a $120 statement credit (increased from $100) every 4 years for the Global Entry application fee (to be increased from $100 to $120 on October 1, 2024) or up to $85 every 4.5 years for the TSA PreCheck® application fee (when applying through a TSA official enrollment provider). Global Entry includes TSA PreCheck®. Additional terms apply, please visit **americanexpress.com/card-benefits/view-all/platinum**.

### Membership Rewards® Program Updates

You can view a summary of updates to the Membership Rewards® program anytime, including information about the availability of redemption options, by visiting **americanexpress.com/mrupdates**.

*End of Important Notices.*



# Platinum Card®

MATTHEW MUTCH
Closing Date 11/17/24
Account Ending ▮1009



p. 1/5

**Customer Care:** 1-800-525-3355
**TTY:** Use Relay 711
**Website:** americanexpress.com

| | |
|---|---|
| **New Balance** | **$74,296.35** |
| **Minimum Payment Due** | **$59,818.40** |
| Includes the past due amount of $59,300.62 | |
| **Payment Due Date** | **12/12/24** |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 12/12/24, you may have to pay a late fee of up to $40.00 and your Pay Over Time APR may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you have a Pay Over Time and/or Cash Advance balance and you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 25 years | $46,697 |

If you would like information about credit counseling services, call 1-888-733-4139.

➡ See page 2 for important information about your account.

⚠ **WARNING:** Your account is past due.

➡ Please refer to the **IMPORTANT NOTICES** section.

➡ For more information on your Pay Over Time Limit and your purchasing options, please refer to the **Information on Pay Over Time and Purchasing Options** section.

*Continued on page 3*

## Membership Rewards® Points
Available and Pending as of 10/31/24

**4,464**

For up to date point balance and full program details, visit **membershiprewards.com**

## Account Summary

**Pay In Full**
| | |
|---|---|
| Previous Balance | $59,002.11 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$40.00 |
| New Balance = | $59,042.11 |

**Pay Over Time and/or Cash Advance**
| | |
|---|---|
| Previous Balance | $14,925.71 |
| Payments/Credits | -$0.00 |
| New Pay Over Time Charges | +$0.00 |
| New Cash Advances | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$328.53 |
| New Balance = | $15,254.24 |
| Minimum Due | $776.29 |

**Account Total**
| | |
|---|---|
| **Previous Balance** | **$73,927.82** |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| New Cash Advances | +$0.00 |
| Fees | +$40.00 |
| Interest Charged | +$328.53 |
| **New Balance** | **$74,296.35** |
| **Minimum Payment Due** | **$59,818.40** |

| | |
|---|---|
| **Pay Over Time Limit** | $15,000.00 |
| **Available Pay Over Time Limit** | $0.00 |

↓ Please fold on the perforation below, detach and return with your payment ↓

 **Payment Coupon**
Do not staple or use paper clips

 **Pay by Computer**
americanexpress.com/pbc

 **Pay by Phone**
1-800-472-9297

**Account Ending** ▮1009

Enter 15 digit account # on all payments.
Make check payable to American Express.

MATTHEW MUTCH

| | |
|---|---|
| Payment Due Date | **12/12/24** |
| New Balance | **$74,296.35** |
| Minimum Payment Due | **$59,818.40** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$_____.____
**Amount Enclosed**

0000349993253404855 007429635005981840 14 A

MATTHEW MUTCH                    Account Ending ■1009                              p. 2/5

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time and/or Cash Advance balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. If you have Pay Over Time, we will not charge you interest on charges automatically added to a Pay Over Time balance if each month you pay your Account Total New Balance on your billing statement (or, if you have a Plan balance, your Adjusted Balance on your billing statement) by the due date. If you have Cash Advance on your Account, we will begin charging interest on cash advances on the transaction date. If you have Pay Over Time Select: we will begin charging interest on purchases added to a Pay Over Time Select balance at your request on the date that they are added to your Pay Over Time Select balance.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
**- Account information:** Your name and account number.
**- Dollar amount:** The dollar amount of the suspected error.
**- Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
**-** We cannot try to collect the amount in question, or report you as delinquent on that amount.
**-** The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
**-** While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
**-** We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

## Change of Address, phone number, email

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

## Pay Your Bill with AutoPay

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**



## Platinum Card®

**MATTHEW MUTCH**
Closing Date 11/17/24



p. 3/5

Account Ending ■1009

| Customer Care & Billing Inquiries | |
|---|---|
| **Customer Care & Billing Inquiries** | **1-800-525-3355** |
| International Collect | 1-954-473-2123 |
| Cash Advance at ATMs Inquiries | 1-800-CASH-NOW |
| **Large Print & Braille Statements** | **1-800-525-3355** |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-525-3355**

**Website:** americanexpress.com

| **Customer Care & Billing Inquiries** | **Payments** |
|---|---|
| P.O. BOX 981535 | PO BOX 6031 |
| EL PASO, TX | CAROL STREAM IL |
| 79998-1535 | 60197-6031 |

---

**American Express® High Yield Savings Account**
No monthly fees. No minimum opening deposit. 24/7 customer support. Help meet your savings goals with an American Express High Yield Savings Account. Terms apply. Member FDIC. Learn more by visiting **americanexpress.com/save**

---

## Fees

| | Amount |
|---|---|
| 11/12/24    Late Payment Fee | $40.00 |
| **Total Fees for this Period** | **$40.00** |

## Interest Charged

| | Amount |
|---|---|
| 11/17/24    Interest Charge on Pay Over Time Purchases | $328.53 |
| **Total Interest Charged for this Period** | **$328.53** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2024 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2024 | $804.00 |
| Total Interest in 2024 | $328.53 |

## Interest Charge Calculation

Days in Billing Period: 30

**Your Annual Percentage Rate (APR) is the annual interest rate on your account.**
Variable APRs will not exceed 29.99%.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Pay Over Time | 06/07/2024 | | 26.49% (v) | $15,083.90 | $328.53 |

Continued on reverse

MATTHEW MUTCH                    Account Ending ■1009                    p. 4/5

## Interest Charge Calculation Continued

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
Variable APRs will not exceed 29.99%.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Cash Advances | 06/07/2024 | | 29.74% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$328.53** |
| (v) Variable Rate | | | | | |

### Information on Pay Over Time and Purchasing Options

#### Your Card has no preset spending limit

No preset spending limit means your spending limit is flexible. In fact, unlike a traditional credit card with a set limit, the amount you can spend adapts based on factors such as your purchase, payment, and credit history. If you're ever unsure if a large purchase will be approved, you can use the Check Spending Power tool in your online account or mobile app. Please note that in a small number of cases, we may assign a specific spending limit to a Card Member's account due to a variety of factors such as the Card Member's credit score, past due payments with us or other creditors, or high balances on revolving credit accounts.

#### Pay Over Time Limit: $15,000.00

The total of your Pay Over Time and/or Cash Advance balance and Plan balance cannot exceed your Pay Over Time Limit. No charge or portion of a charge during the billing period will be added to a Pay Over Time balance if it would cause the total of your Pay Over Time, Cash Advance, and Plan balances to go over your Pay Over Time Limit. **This is not a spending limit.** We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit.

#### Available Pay Over Time Limit

Your Available Pay Over Time Limit is accurate as of your statement date. This Limit is the remaining amount that can be added to the total of your Pay Over Time, Cash Advance, and/or Plan balances. Remember that you can continue to create plans for purchases that are currently in your Pay Over Time balance even if you have reached your Pay Over Time Limit. Your total Cash Advance balance is subject to your Cash Advance Limit, which you can find in your Cardmember Agreement. If you have a preset spending limit on your account that is less than your Pay Over Time Limit, you may not be able to use your Available Pay Over Time Limit.

**MATTHEW MUTCH**                    Closing Date 11/17/24              Account Ending ▮1009

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Corrected Baggage Insurance Plan Coverage Limits

This Card is eligible for up to $2,000 in Checked Baggage and $3,000 in Carry-on Baggage damage to or theft of related losses. Coverage is subject to $1,000 per High Risk Item and $3,000 in aggregate for the trip maximums per Covered Person. Coverage is activated when the Entire Fare for a Common Carrier Vehicle ticket is purchased on an Eligible Card. This benefit information replaces anything you may have previously received from us. Terms, conditions, provisions and exclusions apply. For more information, please visit **americanexpress.com/BIPTerms** or call 1-800-228-6855 (US) / 1-303-273-6497 (Intl).

### Membership Rewards® Program Updates

You can view a summary of updates to the Membership Rewards® program anytime, including information about the availability of redemption options, by visiting **americanexpress.com/mrupdates**.

*End of Important Notices.*



## Platinum Card®

MATTHEW MUTCH
Closing Date 12/18/24
Account Ending ▮1009



p. 1/5

**Customer Care:** 1-800-525-3355
**TTY:** Use Relay 711
**Website:** americanexpress.com

| | |
|---|---|
| **New Balance** | **$74,683.43** |
| **Minimum Payment Due** | **$60,358.02** |
| Includes the past due amount of $59,818.40 | |
| **Payment Due Date** | **01/12/25** |

**Membership Rewards® Points**
Available and Pending as of 11/30/24

**4,464**

For up to date point balance and full program details, visit **membershiprewards.com**

## Account Summary

| Pay In Full | |
|---|---|
| Previous Balance | $59,042.11 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$40.00 |
| New Balance = | $59,082.11 |

| Pay Over Time and/or Cash Advance | |
|---|---|
| Previous Balance | $15,254.24 |
| Payments/Credits | -$0.00 |
| New Pay Over Time Charges | +$0.00 |
| New Cash Advances | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$347.08 |
| New Balance = | $15,601.32 |
| Minimum Due | $1,275.91 |

| Account Total | |
|---|---|
| **Previous Balance** | **$74,296.35** |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| New Cash Advances | +$0.00 |
| Fees | +$40.00 |
| Interest Charged | +$347.08 |
| **New Balance** | **$74,683.43** |
| **Minimum Payment Due** | **$60,358.02** |

| | |
|---|---|
| **Pay Over Time Limit** | $15,000.00 |
| **Available Pay Over Time Limit** | $0.00 |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 01/12/25, you may have to pay a late fee of up to $40.00 and your Pay Over Time APR may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you have a Pay Over Time and/or Cash Advance balance and you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 25 years | $46,704 |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

⚠ Your account is past due.

Please refer to the **IMPORTANT NOTICES** section.

For more information on your Pay Over Time Limit and your purchasing options, please refer to the **Information on Pay Over Time and Purchasing Options** section.

↓ Please fold on the perforation below, detach and return with your payment ↓

| | | | |
|---|---|---|---|
|  **Payment Coupon** Do not staple or use paper clips |  **Pay by Computer** americanexpress.com/pbc |  **Pay by Phone** 1-800-472-9297 | **Account Ending** ▮1009 |

Enter 15 digit account # on all payments.
Make check payable to American Express.

MATTHEW MUTCH

▮▮▮▮▮▮▮▮▮▮▮

| | |
|---|---|
| Payment Due Date | **01/12/25** |
| New Balance | **$74,683.43** |
| Minimum Payment Due | **$60,358.02** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$_____ . ____
**Amount Enclosed**

0000349993253404855 00746834300603580 2 14 ⊣

MATTHEW MUTCH | Account Ending ▮1009 | p. 2/5

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time and/or Cash Advance balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. If you have Pay Over Time, we will not charge you interest on charges automatically added to a Pay Over Time balance if each month you pay your Account Total New Balance on your billing statement (or, if you have a Plan balance, your Adjusted Balance on your billing statement) by the due date. If you have Cash Advance on your Account, we will begin charging interest on cash advances on the transaction date. If you have Pay Over Time Select: we will begin charging interest on purchases added to a Pay Over Time Select balance at your request on the date that they are added to your Pay Over Time Select balance.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
**- Account information:** Your name and account number.
**- Dollar amount:** The dollar amount of the suspected error.
**- Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
**-** We cannot try to collect the amount in question, or report you as delinquent on that amount.
**-** The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
**-** While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
**-** We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

## Change of Address, phone number, email

**-** Online at **www.americanexpress.com/updatecontactinfo**
**-** Via mobile device
**-** Voice automated: call the number on the back of your card
**-** For name, company name, and foreign address or phone changes, please call Customer Care

## Please do not add any written communication or address change on this stub

## Pay Your Bill with AutoPay

Deduct your payment from your bank account automatically each month.

**-** Avoid late fees
**-** Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

 **Platinum Card®**

MATTHEW MUTCH
Closing Date 12/18/24



p. 3/5

Account Ending ▉1009

| **Customer Care & Billing Inquiries** | **1-800-525-3355** |
|---|---|
| International Collect | 1-954-473-2123 |
| Cash Advance at ATMs Inquiries | 1-800-CASH-NOW |
| **Large Print & Braille Statements** | **1-800-525-3355** |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-525-3355**

**Website:** americanexpress.com

| **Customer Care & Billing Inquiries** | **Payments** |
|---|---|
| P.O. BOX 981535 | PO BOX 6031 |
| EL PASO, TX | CAROL STREAM IL |
| 79998-1535 | 60197-6031 |

## Fees

| | Amount |
|---|---|
| 12/12/24    Late Payment Fee | $40.00 |
| **Total Fees for this Period** | **$40.00** |

## Interest Charged

| | Amount |
|---|---|
| 12/18/24    Interest Charge on Pay Over Time Purchases | $347.08 |
| **Total Interest Charged for this Period** | **$347.08** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2024 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2024 | $844.00 |
| Total Interest in 2024 | $675.61 |

## Interest Charge Calculation

Days in Billing Period: 31

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
Variable APRs will not exceed 29.99%.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Pay Over Time | 06/07/2024 | | 26.49% (v) | $15,421.53 | $347.08 |
| Cash Advances | 06/07/2024 | | 29.74% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$347.08** |

(v) Variable Rate

## Information on Pay Over Time and Purchasing Options

### Your Card has no preset spending limit

No preset spending limit means your spending limit is flexible. In fact, unlike a traditional credit card with a set limit, the amount you can spend adapts based on factors such as your purchase, payment, and credit history. If you're ever unsure if a large purchase will be approved, you can use the Check Spending Power tool in your online account or mobile app. Please note that in a small number of cases, we may assign a specific spending limit to a Card Member's account due to a variety of factors such as the Card Member's credit score, past due payments with us or other creditors, or high balances on revolving credit accounts.

### Pay Over Time Limit: $15,000.00

The total of your Pay Over Time and/or Cash Advance balance and Plan balance cannot exceed your Pay Over Time Limit. No charge or portion of a charge during the billing period will be added to a Pay Over Time balance if it would cause the total of your Pay Over Time, Cash Advance, and Plan balances to go over your Pay Over Time Limit. **This is not a spending limit.** We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit.

### Available Pay Over Time Limit

Your Available Pay Over Time Limit is accurate as of your statement date. This Limit is the remaining amount that can be added to the total of your Pay Over Time, Cash Advance, and/or Plan balances. Remember that you can continue to create plans for purchases that are currently in your Pay Over Time balance even if you have reached your Pay Over Time Limit. Your total Cash Advance balance is subject to your Cash Advance Limit, which you can find in your Cardmember Agreement. If you have a preset spending limit on your account that is less than your Pay Over Time Limit, you may not be able to use your Available Pay Over Time Limit.

p. 5/5

MATTHEW MUTCH                    Closing Date 12/18/24            Account Ending ▇1009

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Updates to Membership Rewards® Program

**Effective March 31, 2025**, Card Members will no longer be able to redeem Membership Rewards points on **www.newegg.com** and **www.staples.com**.

### Membership Rewards® Program Updates

You can view a summary of updates to the Membership Rewards® program anytime, including information about the availability of redemption options, by visiting **americanexpress.com/mrupdates**.

*End of Important Notices.*



**Platinum Card®**

MATTHEW MUTCH
Closing Date 01/17/25
Account Ending ▬ 1009



p. 1/5

**Customer Care:** 1-800-525-3355
**TTY:** Use Relay 711
**Website:** americanexpress.com

| | |
|---|---|
| **New Balance** | **$74,336.35** |
| **Minimum Payment Due** | **$59,387.19** |
| **Payment Due Date** | **02/12/25** |

**Membership Rewards® Points**
Available and Pending as of 12/31/24
**4,464**
For up to date point balance and full program details, visit **membershiprewards.com**

## Account Summary

**Pay In Full**
| | |
|---|---|
| Previous Balance | $59,082.11 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$0.00 |
| New Balance = | $59,082.11 |

**Pay Over Time and/or Cash Advance**
| | |
|---|---|
| Previous Balance | $15,601.32 |
| Payments/Credits | -$347.08 |
| New Pay Over Time Charges | +$0.00 |
| New Cash Advances | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance = | $15,254.24 |
| Minimum Due | $305.08 |

**Account Total**
| | |
|---|---|
| **Previous Balance** | **$74,683.43** |
| Payments/Credits | -$347.08 |
| New Charges | +$0.00 |
| New Cash Advances | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$74,336.35** |
| **Minimum Payment Due** | **$59,387.19** |

| | |
|---|---|
| **Pay Over Time Limit** | $15,000.00 |
| **Available Pay Over Time Limit** | $0.00 |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 02/12/25, you may have to pay a late fee of up to $40.00 and your Pay Over Time APR may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you have a Pay Over Time and/or Cash Advance balance and you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 25 years | $47,440 |

If you would like information about credit counseling services, call 1-888-733-4139.

→ See page 2 for important information about your account.

→ Please refer to the **IMPORTANT NOTICES** section.

→ For more information on your Pay Over Time Limit and your purchasing options, please refer to the **Information on Pay Over Time and Purchasing Options** section.

ⓘ Please note, your preset spending limit is $15,000.00. You have spent $74,336.35.

---

↓ Please fold on the perforation below, detach and return with your payment ↓

| | | | |
|---|---|---|---|
| ✉ **Payment Coupon** Do not staple or use paper clips | 🖥 **Pay by Computer** americanexpress.com/pbc | 📞 **Pay by Phone** 1-800-472-9297 | **Account Ending** ▬ 1009 |

Enter 15 digit account # on all payments.
Make check payable to American Express.

MATTHEW MUTCH

Payment Due Date
**02/12/25**

New Balance
**$74,336.35**

Minimum Payment Due
**$59,387.19**

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$_____ • _____
**Amount  Enclosed**

0000349993253404855 00743363500593871 9 14 Ꜫ

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time and/or Cash Advance balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. If you have Pay Over Time, we will not charge you interest on charges automatically added to a Pay Over Time balance if each month you pay your Account Total New Balance on your billing statement (or, if you have a Plan balance, your Adjusted Balance on your billing statement) by the due date. If you have Cash Advance on your Account, we will begin charging interest on cash advances on the transaction date. If you have Pay Over Time Select: we will begin charging interest on purchases added to a Pay Over Time Select balance at your request on the date that they are added to your Pay Over Time Select balance.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

## Change of Address, phone number, email

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

## Please do not add any written communication or address change on this stub

## Pay Your Bill with AutoPay

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**



**Platinum Card®**

MATTHEW MUTCH
Closing Date 01/17/25



p. 3/5

Account Ending ■1009



| **Customer Care & Billing Inquiries** | **1-800-525-3355** |
|---|---|
| International Collect | 1-954-473-2123 |
| Cash Advance at ATMs Inquiries | 1-800-CASH-NOW |
| **Large Print & Braille Statements** | **1-800-525-3355** |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-525-3355**

**Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
PO BOX 6031
CAROL STREAM IL
60197-6031

## Payments and Credits

### Summary

| | Pay In Full | Pay Over Time / Cash Advance ♦ | Total |
|---|---|---|---|
| **Payments** | $0.00 | $0.00 | $0.00 |
| **Credits** | $0.00 | -$347.08 | -$347.08 |
| **Total Payments and Credits** | **$0.00** | **-$347.08** | **-$347.08** |

### Detail    *Indicates posting date                    ♦ - Pay Over Time and/or Cash Advance activity

| Credits | Amount |
|---|---|
| 01/09/25*    Credit Adjustment for Purchase Finance Charge | -$347.08 ♦ |

## Fees

| | Amount |
|---|---|
| **Total Fees for this Period** | **$0.00** |

## Interest Charged

| | Amount |
|---|---|
| **Total Interest Charged for this Period** | **$0.00** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2025 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2025 | $0.00 |
| Total Interest in 2025 | -$347.08 |

MATTHEW MUTCH                         Account Ending ■1009                                              p. 4/5

## Interest Charge Calculation                                                    Days in Billing Period: 30

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
Variable APRs will not exceed 29.99%.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Pay Over Time | 06/07/2024 | | 26.24% (v) | $0.00 | $0.00 |
| Cash Advances | 06/07/2024 | | 29.49% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$0.00** |
| (v) Variable Rate | | | | | |

### Information on Pay Over Time and Purchasing Options

**Pay Over Time Limit: $15,000.00**

The total of your Pay Over Time and/or Cash Advance balance and Plan balance cannot exceed your Pay Over Time Limit. No charge or portion of a charge during the billing period will be added to a Pay Over Time balance if it would cause the total of your Pay Over Time, Cash Advance, and Plan balances to go over your Pay Over Time Limit. **This is not a spending limit.** We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit.

**Available Pay Over Time Limit**

Your Available Pay Over Time Limit is accurate as of your statement date. This Limit is the remaining amount that can be added to the total of your Pay Over Time, Cash Advance, and/or Plan balances. Remember that you can continue to create plans for purchases that are currently in your Pay Over Time balance even if you have reached your Pay Over Time Limit. Your total Cash Advance balance is subject to your Cash Advance Limit, which you can find in your Cardmember Agreement. If you have a preset spending limit on your account that is less than your Pay Over Time Limit, you may not be able to use your Available Pay Over Time Limit.

p. 5/5

MATTHEW MUTCH                    Closing Date 01/17/25              Account Ending ▮1009

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Your Cardmember Agreement

To access the most up to date version of your Cardmember Agreement, please log in to your Account at **www.americanexpress.com**.

### Updates to Membership Rewards® Program

**Effective March 31, 2025**, Card Members will no longer be able to redeem Membership Rewards points on **www.newegg.com** and **www.staples.com**.

### ShopRunner Card Benefit Removal

**Effective March 31, 2025**, ShopRunner membership will no longer be a Card benefit. Card Members currently enrolled through American Express will continue to receive their complimentary ShopRunner membership for the remainder of their ShopRunner membership year and two years thereafter, subject to ShopRunner's policies and terms and conditions.

### Information about the American Express Auto Purchasing Program

**Effective April 28, 2025**, the American Express Auto Purchasing Program will be decommissioned and no longer available as a benefit for Card Members. Any offers, including any upfront price offers, available through the American Express Auto Purchasing Program will expire on their stated end date.

*End of Important Notices.*



## Platinum Card®

MATTHEW MUTCH
Closing Date 02/14/25
Account Ending ▮ 1009



p. 1/5

| | |
|---|---|
| **Customer Care:** | 1-800-525-3355 |
| **TTY:** | Use Relay 711 |
| **Website:** | americanexpress.com |

| | |
|---|---|
| **New Balance** | **$74,686.45** |
| **Minimum Payment Due** | **$59,889.83** |
| Includes the past due amount of $59,387.19 | |
| **Payment Due Date** | **03/12/25** |

### Membership Rewards® Points
Available and Pending as of 01/31/25

**4,464**

For up to date point balance and full program details, visit **membershiprewards.com**

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 03/12/25, you may have to pay a late fee of up to $40.00 and your Pay Over Time APR may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you have a Pay Over Time and/or Cash Advance balance and you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 25 years | $47,413 |

If you would like information about credit counseling services, call 1-888-733-4139.

→ See page 2 for important information about your account.

⚠ Your account is past due.

→ Please refer to the **IMPORTANT NOTICES** section.

→ For more information on your Pay Over Time Limit and your purchasing options, please refer to the **Information on Pay Over Time and Purchasing Options** section.

ⓘ Please note, your preset spending limit is $15,000.00. You have spent $74,686.45.

## Account Summary

**Pay In Full**

| | | |
|---|---|---|
| Previous Balance | | $59,082.11 |
| Payments/Credits | | -$0.00 |
| New Charges | | +$0.00 |
| Fees | | +$40.00 |
| New Balance | = | $59,122.11 |

**Pay Over Time and/or Cash Advance**

| | | |
|---|---|---|
| Previous Balance | | $15,254.24 |
| Payments/Credits | | -$0.00 |
| New Pay Over Time Charges | | +$0.00 |
| New Cash Advances | | +$0.00 |
| Fees | | +$0.00 |
| Interest Charged | | +$310.10 |
| New Balance | = | $15,564.34 |
| Minimum Due | | $767.72 |

**Account Total**

| | |
|---|---|
| **Previous Balance** | **$74,336.35** |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| New Cash Advances | +$0.00 |
| Fees | +$40.00 |
| Interest Charged | +$310.10 |
| **New Balance** | **$74,686.45** |
| **Minimum Payment Due** | **$59,889.83** |

| | |
|---|---|
| **Pay Over Time Limit** | $15,000.00 |
| **Available Pay Over Time Limit** | $0.00 |

---

↓ Please fold on the perforation below, detach and return with your payment ↓

| | | | |
|---|---|---|---|
| ✉ **Payment Coupon** Do not staple or use paper clips | 🖥 **Pay by Computer** americanexpress.com/pbc | 📞 **Pay by Phone** 1-800-472-9297 | **Account Ending** ▮ 1009 |

Enter 15 digit account # on all payments.
Make check payable to American Express.

MATTHEW MUTCH

▮▮▮▮▮▮▮▮

| | |
|---|---|
| Payment Due Date | **03/12/25** |
| New Balance | **$74,686.45** |
| Minimum Payment Due | **$59,889.83** |

See reverse side for instructions on how to update your address, phone number, or email.



AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$ _____ • _____
**Amount Enclosed**

0000349993253404855 00746864500598898314 ꓶ

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time and/or Cash Advance balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. If you have Pay Over Time, we will not charge you interest on charges automatically added to a Pay Over Time balance if each month you pay your Account Total New Balance on your billing statement (or, if you have a Plan balance, your Adjusted Balance on your billing statement) by the due date. If you have Cash Advance on your Account, we will begin charging interest on cash advances on the transaction date. If you have Pay Over Time Select: we will begin charging interest on purchases added to a Pay Over Time Select balance at your request on the date that they are added to your Pay Over Time Select balance.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
**- Account information:** Your name and account number.
**- Dollar amount:** The dollar amount of the suspected error.
**- Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
**-** We cannot try to collect the amount in question, or report you as delinquent on that amount.
**-** The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
**-** While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
**-** We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Change of Address, phone number, email**

**-** Online at **www.americanexpress.com/updatecontactinfo**
**-** Via mobile device
**-** Voice automated: call the number on the back of your card
**-** For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

**-** Avoid late fees
**-** Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

 **Platinum Card®**

MATTHEW MUTCH
Closing Date 02/14/25



p. 3/5

Account Ending ▮1009

| | |
|---|---|
| **Customer Care & Billing Inquiries** | **1-800-525-3355** |
| International Collect | 1-954-473-2123 |
| Cash Advance at ATMs Inquiries | 1-800-CASH-NOW |
| **Large Print & Braille Statements** | **1-800-525-3355** |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-525-3355**

**Website:** americanexpress.com

| **Customer Care & Billing Inquiries** | **Payments** |
|---|---|
| P.O. BOX 981535 | PO BOX 6031 |
| EL PASO, TX | CAROL STREAM IL |
| 79998-1535 | 60197-6031 |

## Fees

| | | Amount |
|---|---|---|
| 02/12/25 | Late Payment Fee | $40.00 |
| **Total Fees for this Period** | | **$40.00** |

## Interest Charged

| | | Amount |
|---|---|---|
| 02/14/25 | Interest Charge on Pay Over Time Purchases | $310.10 |
| **Total Interest Charged for this Period** | | **$310.10** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2025 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2025 | $40.00 |
| Total Interest in 2025 | -$36.98 |

## Interest Charge Calculation

Days in Billing Period: 28

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
Variable APRs will not exceed 29.99%.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Pay Over Time | 06/07/2024 | | 26.24% (v) | $15,403.23 | $310.10 |
| Cash Advances | 06/07/2024 | | 29.49% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$310.10** |

(v) Variable Rate

## Information on Pay Over Time and Purchasing Options

### Pay Over Time Limit: $15,000.00

The total of your Pay Over Time and/or Cash Advance balance and Plan balance cannot exceed your Pay Over Time Limit. No charge or portion of a charge during the billing period will be added to a Pay Over Time balance if it would cause the total of your Pay Over Time, Cash Advance, and Plan balances to go over your Pay Over Time Limit. **This is not a spending limit.** We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit.

### Available Pay Over Time Limit

Your Available Pay Over Time Limit is accurate as of your statement date. This Limit is the remaining amount that can be added to the total of your Pay Over Time, Cash Advance, and/or Plan balances. Remember that you can continue to create plans for purchases that are currently in your Pay Over Time balance even if you have reached your Pay Over Time Limit. Your total Cash Advance balance is subject to your Cash Advance Limit, which you can find in your Cardmember Agreement. If you have a preset spending limit on your account that is less than your Pay Over Time Limit, you may not be able to use your Available Pay Over Time Limit.

MATTHEW MUTCH                    Closing Date 02/14/25          Account Ending ■1009

p. 5/5

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### ShopRunner Card Benefit Removal

**Effective March 31, 2025**, ShopRunner membership will no longer be a Card benefit. Card Members currently enrolled through American Express will continue to receive their complimentary ShopRunner membership for the remainder of their ShopRunner membership year and two years thereafter, subject to ShopRunner's policies and terms and conditions.

### Information about the American Express Auto Purchasing Program

**Effective April 28, 2025**, the American Express Auto Purchasing Program will be decommissioned and no longer available as a benefit for Card Members. Any offers, including any upfront price offers, available through the American Express Auto Purchasing Program will expire on their stated end date.

*End of Important Notices.*



**Platinum Card®**
MATTHEW MUTCH
Closing Date 03/18/25
Account Ending ▮1009



p. 1/5

**Customer Care:** 1-800-525-3355
**TTY:** Use Relay 711
**Website:** americanexpress.com

| | |
|---|---|
| **New Balance** | **$75,088.57** |
| **Minimum Payment Due** | **$60,447.59** |
| Includes the past due amount of $59,889.83 | |
| **Payment Due Date** | **04/12/25** |

**Membership Rewards® Points**
Available and Pending as of 02/28/25
**4,464**
For up to date point balance and full program details, visit **membershiprewards.com**

## Account Summary

**Pay In Full**
| | |
|---|---|
| Previous Balance | $59,122.11 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$40.00 |
| New Balance = | $59,162.11 |

**Pay Over Time and/or Cash Advance**
| | |
|---|---|
| Previous Balance | $15,564.34 |
| Payments/Credits | -$0.00 |
| New Pay Over Time Charges | +$0.00 |
| New Cash Advances | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$362.12 |
| New Balance = | $15,926.46 |
| Minimum Due | $1,285.48 |

**Account Total**
| | |
|---|---|
| **Previous Balance** | **$74,686.45** |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| New Cash Advances | +$0.00 |
| Fees | +$40.00 |
| Interest Charged | +$362.12 |
| **New Balance** | **$75,088.57** |
| **Minimum Payment Due** | **$60,447.59** |

| | |
|---|---|
| **Pay Over Time Limit** | $15,000.00 |
| **Available Pay Over Time Limit** | $0.00 |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 04/12/25, you may have to pay a late fee of up to $40.00 and your Pay Over Time APR may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you have a Pay Over Time and/or Cash Advance balance and you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 25 years | $47,432 |

If you would like information about credit counseling services, call 1-888-733-4139.

→ See page 2 for important information about your account.

⚠ **WARNING:** Your account is past due.

→ Please refer to the **IMPORTANT NOTICES** section.

→ For more information on your Pay Over Time Limit and your purchasing options, please refer to the **Information on Pay Over Time and Purchasing Options** section.

ⓘ Please note, your preset spending limit is $15,000.00. You have spent $75,088.57.

↓ Please fold on the perforation below, detach and return with your payment ↓



**Payment Coupon**
Do not staple or use paper clips



**Pay by Computer**
americanexpress.com/pbc



**Pay by Phone**
1-800-472-9297

**Account Ending** ▮1009

Enter 15 digit account # on all payments.
Make check payable to American Express.

MATTHEW MUTCH

Payment Due Date
**04/12/25**

New Balance
**$75,088.57**

Minimum Payment Due
**$60,447.59**

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$ _____ . ____
**Amount Enclosed**

0000349993253404855 007508857006044759 14 A

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time and/or Cash Advance balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. If you have Pay Over Time, we will not charge you interest on charges automatically added to a Pay Over Time balance if each month you pay your Account Total New Balance on your billing statement (or, if you have a Plan balance, your Adjusted Balance on your billing statement) by the due date. If you have Cash Advance on your Account, we will begin charging interest on cash advances on the transaction date. If you have Pay Over Time Select: we will begin charging interest on purchases added to a Pay Over Time Select balance at your request on the date that they are added to your Pay Over Time Select balance.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
**- Account information:** Your name and account number.
**- Dollar amount:** The dollar amount of the suspected error.
**- Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
**-** We cannot try to collect the amount in question, or report you as delinquent on that amount.
**-** The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
**-** While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
**-** We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

### Change of Address, phone number, email

**-** Online at **www.americanexpress.com/updatecontactinfo**
**-** Via mobile device
**-** Voice automated: call the number on the back of your card
**-** For name, company name, and foreign address or phone changes, please call Customer Care

### Please do not add any written communication or address change on this stub

## Pay Your Bill with AutoPay

Deduct your payment from your bank account automatically each month.

**-** Avoid late fees
**-** Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**



## Platinum Card®

**MATTHEW MUTCH**
Closing Date 03/18/25



p. 3/5

Account Ending ▮1009



**Customer Care & Billing Inquiries**          **1-800-525-3355**
International Collect                          1-954-473-2123
Cash Advance at ATMs Inquiries                1-800-CASH-NOW
**Large Print & Braille Statements**          **1-800-525-3355**

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-525-3355**

**Website:** americanexpress.com

**Customer Care
& Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
PO BOX 6031
CAROL STREAM IL
60197-6031

## Fees

| | | Amount |
|---|---|---|
| 03/12/25 | Late Payment Fee | $40.00 |
| **Total Fees for this Period** | | **$40.00** |

## Interest Charged

| | | Amount |
|---|---|---|
| 03/18/25 | Interest Charge on Pay Over Time Purchases | $362.12 |
| **Total Interest Charged for this Period** | | **$362.12** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2025 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2025 | $80.00 |
| Total Interest in 2025 | $325.14 |

## Interest Charge Calculation

Days in Billing Period: 32

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
Variable APRs will not exceed 29.99%.

| | Transactions Dated From | To | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| Pay Over Time | 06/07/2024 | | 26.24% (v) | $15,739.05 | $362.12 |
| Cash Advances | 06/07/2024 | | 29.49% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$362.12** |

(v) Variable Rate

MATTHEW MUTCH                Account Ending ▮1009                    p. 4/5

---

## Information on Pay Over Time and Purchasing Options

### Pay Over Time Limit: $15,000.00

The total of your Pay Over Time and/or Cash Advance balance and Plan balance cannot exceed your Pay Over Time Limit. No charge or portion of a charge during the billing period will be added to a Pay Over Time balance if it would cause the total of your Pay Over Time, Cash Advance, and Plan balances to go over your Pay Over Time Limit. **This is not a spending limit.** We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit.

### Available Pay Over Time Limit

Your Available Pay Over Time Limit is accurate as of your statement date. This Limit is the remaining amount that can be added to the total of your Pay Over Time, Cash Advance, and/or Plan balances. Remember that you can continue to create plans for purchases that are currently in your Pay Over Time balance even if you have reached your Pay Over Time Limit. Your total Cash Advance balance is subject to your Cash Advance Limit, which you can find in your Cardmember Agreement. If you have a preset spending limit on your account that is less than your Pay Over Time Limit, you may not be able to use your Available Pay Over Time Limit.

MATTHEW MUTCH                    Closing Date 03/18/25          p. 5/5
                                                        Account Ending ▪1009

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### ShopRunner Card Benefit Removal

**Effective March 31, 2025**, ShopRunner membership will no longer be a Card benefit. Card Members currently enrolled through American Express will continue to receive their complimentary ShopRunner membership for the remainder of their ShopRunner membership year and two years thereafter, subject to ShopRunner's policies and terms and conditions.

*End of Important Notices.*



# Platinum Card®

MATTHEW MUTCH
Closing Date 04/17/25
Account Ending ███1009



p. 1/5

**Customer Care:** 1-800-525-3355
**TTY:** Use Relay 711
**Website:** americanexpress.com

| | |
|---|---|
| **New Balance** | **$75,475.71** |
| **Minimum Payment Due** | **$60,993.99** |
| Includes the past due amount of $60,447.59 | |
| **Payment Due Date** | **05/12/25** |

**Membership Rewards® Points**
Available and Pending as of 03/31/25

**4,464**

For up to date point balance and full program details, visit **membershiprewards.com**

## Account Summary

**Pay In Full**

| | |
|---|---|
| Previous Balance | $59,162.11 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$40.00 |
| New Balance = | $59,202.11 |

**Pay Over Time and/or Cash Advance**

| | |
|---|---|
| Previous Balance | $15,926.46 |
| Payments/Credits | -$0.00 |
| New Pay Over Time Charges | +$0.00 |
| New Cash Advances | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$347.14 |
| New Balance = | $16,273.60 |
| Minimum Due | $1,791.88 |

**Account Total**

| | |
|---|---|
| **Previous Balance** | **$75,088.57** |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| New Cash Advances | +$0.00 |
| Fees | +$40.00 |
| Interest Charged | +$347.14 |
| **New Balance** | **$75,475.71** |
| **Minimum Payment Due** | **$60,993.99** |

| | |
|---|---|
| **Pay Over Time Limit** | $15,000.00 |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 05/12/25, you may have to pay a late fee of up to $40.00 and your Pay Over Time APR may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you have a Pay Over Time and/or Cash Advance balance and you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 25 years | $47,427 |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

⚠ Your account is past due.

Please refer to the **IMPORTANT NOTICES** section.

For more information on your Pay Over Time Limit and your purchasing options, please refer to the **Information on Pay Over Time and Purchasing Options** section.

ⓘ Please note, your preset spending limit is $15,000.00. You have spent $75,475.71.

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending** ███1009

Enter 15 digit account # on all payments.
Make check payable to American Express.

MATTHEW MUTCH



| | |
|---|---|
| Payment Due Date | **05/12/25** |
| New Balance | **$75,475.71** |
| Minimum Payment Due | **$60,993.99** |



See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$ _____ • _____
**Amount Enclosed**

0000349993253404855 007547571006099399 14 A

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time and/or Cash Advance balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. If you have Pay Over Time, we will not charge you interest on charges automatically added to a Pay Over Time balance if each month you pay your Account Total New Balance on your billing statement (or, if you have a Plan balance, your Adjusted Balance on your billing statement) by the due date. If you have Cash Advance on your Account, we will begin charging interest on cash advances on the transaction date. If you have Pay Over Time Select: we will begin charging interest on purchases added to a Pay Over Time Select balance at your request on the date that they are added to your Pay Over Time Select balance.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
**- Account information:** Your name and account number.
**- Dollar amount:** The dollar amount of the suspected error.
**- Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
**-** We cannot try to collect the amount in question, or report you as delinquent on that amount.
**-** The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
**-** While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
**-** We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

## Pay Your Bill with AutoPay

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

## Change of Address, phone number, email

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

## Please do not add any written communication or address change on this stub

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

 **Platinum Card®**

MATTHEW MUTCH
Closing Date 04/17/25



p. 3/5

Account Ending ▮1009

| **Customer Care & Billing Inquiries** | **1-800-525-3355** |
|---|---|
| International Collect | 1-954-473-2123 |
| Cash Advance at ATMs Inquiries | 1-800-CASH-NOW |
| **Large Print & Braille Statements** | **1-800-525-3355** |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-525-3355**

**Website:** americanexpress.com

| **Customer Care & Billing Inquiries** | **Payments** |
|---|---|
| P.O. BOX 981535 | PO BOX 6031 |
| EL PASO, TX | CAROL STREAM IL |
| 79998-1535 | 60197-6031 |

## Fees

| | Amount |
|---|---|
| 04/12/25    Late Payment Fee | $40.00 |
| **Total Fees for this Period** | **$40.00** |

## Interest Charged

| | Amount |
|---|---|
| 04/17/25    Interest Charge on Pay Over Time Purchases | $347.14 |
| **Total Interest Charged for this Period** | **$347.14** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2025 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2025 | $120.00 |
| Total Interest in 2025 | $672.28 |

## Interest Charge Calculation

Days in Billing Period: 30

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
Variable APRs will not exceed 29.99%.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Pay Over Time | 06/07/2024 | | 26.24% (v) | $16,093.62 | $347.14 |
| Cash Advances | 06/07/2024 | | 29.49% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$347.14** |
| (v) Variable Rate | | | | | |

MATTHEW MUTCH                    Account Ending ███1009                    p. 4/5

---

**Information on Pay Over Time and Purchasing Options**

**Pay Over Time Limit: $15,000.00**

The total of your Pay Over Time and/or Cash Advance balance and Plan balance cannot exceed your Pay Over Time Limit. No charge or portion of a charge during the billing period will be added to a Pay Over Time balance if it would cause the total of your Pay Over Time, Cash Advance, and Plan balances to go over your Pay Over Time Limit. Charges will be added to your Pay Over Time balance, subject to your Available Pay Over Time Limit. A charge or portion of a charge may be later added, subject to your Available Pay Over Time Limit, on the Statement Closing Date. **This is not a spending limit.** We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit.

**AMERICAN EXPRESS**  MATTHEW MUTCH                    Closing Date 04/17/25              Account Ending ▮1009

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*End of Important Notices.*



**Platinum Card®**

MATTHEW MUTCH
Closing Date 05/18/25
Account Ending ▊1009



p. 1/5

**Customer Care:** 1-800-525-3355
**TTY:** Use Relay 711
**Website:** americanexpress.com

| | |
|---|---|
| **New Balance** | **$75,882.37** |
| **Minimum Payment Due** | **$61,563.38** |
| Includes the past due amount of $60,993.99 | |
| **Payment Due Date** | **06/12/25** |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 06/12/25, you may have to pay a late fee of up to $40.00 and your Pay Over Time APR may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you have a Pay Over Time and/or Cash Advance balance and you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 25 years | $47,435 |

If you would like information about credit counseling services, call 1-888-733-4139.

➡ See page 2 for important information about your account.

⚠ Your account is cancelled and past due.

➡ Please refer to the **IMPORTANT NOTICES** section.

➡ For more information on your Pay Over Time Limit and your purchasing options, please refer to the **Information on Pay Over Time and Purchasing Options** section.

ⓘ Please note, your preset spending limit is $15,000.00. You have spent $75,882.37.

**Membership Rewards® Points**
Available and Pending as of 04/30/25

**0**

For up to date point balance and full program details, visit **membershiprewards.com**

## Account Summary

**Pay In Full**
| | |
|---|---|
| Previous Balance | $59,202.11 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$40.00 |
| New Balance = | $59,242.11 |

**Pay Over Time and/or Cash Advance**
| | |
|---|---|
| Previous Balance | $16,273.60 |
| Payments/Credits | -$0.00 |
| New Pay Over Time Charges | +$0.00 |
| New Cash Advances | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$366.66 |
| New Balance = | $16,640.26 |
| Minimum Due | $2,321.27 |

**Account Total**
| | |
|---|---|
| **Previous Balance** | **$75,475.71** |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| New Cash Advances | +$0.00 |
| Fees | +$40.00 |
| Interest Charged | +$366.66 |
| **New Balance** | **$75,882.37** |
| **Minimum Payment Due** | **$61,563.38** |

| | |
|---|---|
| **Pay Over Time Limit** | $15,000.00 |

↓ Please fold on the perforation below, detach and return with your payment ↓

| ✉ **Payment Coupon** Do not staple or use paper clips | 🖥 **Pay by Computer** americanexpress.com/pbc | 📞 **Pay by Phone** 1-800-472-9297 | **Account Ending** ▊1009 |
|---|---|---|---|

Enter 15 digit account # on all payments.
Make check payable to American Express.

MATTHEW MUTCH




| | |
|---|---|
| Payment Due Date | **06/12/25** |
| New Balance | **$75,882.37** |
| Minimum Payment Due | **$61,563.38** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$_____ • _____
**Amount Enclosed**

0000349993253404855 00758823700615633B 14 ⱴ

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time and/or Cash Advance balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. If you have Pay Over Time, we will not charge you interest on charges automatically added to a Pay Over Time balance if each month you pay your Account Total New Balance on your billing statement (or, if you have a Plan balance, your Adjusted Balance on your billing statement) by the due date. If you have Cash Advance on your Account, we will begin charging interest on cash advances on the transaction date. If you have Pay Over Time Select: we will begin charging interest on purchases added to a Pay Over Time Select balance at your request on the date that they are added to your Pay Over Time Select balance.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
**- Account information:** Your name and account number.
**- Dollar amount:** The dollar amount of the suspected error.
**- Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
**-** We cannot try to collect the amount in question, or report you as delinquent on that amount.
**-** The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
**-** While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
**-** We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

### Change of Address, phone number, email

**-** Online at **www.americanexpress.com/updatecontactinfo**
**-** Via mobile device
**-** Voice automated: call the number on the back of your card
**-** For name, company name, and foreign address or phone changes, please call Customer Care

### Please do not add any written communication or address change on this stub

### Pay Your Bill with AutoPay

Deduct your payment from your bank account automatically each month.

**-** Avoid late fees
**-** Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

 **Platinum Card®**

p. 3/5

MATTHEW MUTCH
Closing Date 05/18/25

Account Ending ▮1009



| | | |
|---|---|---|
| 📞 | **Customer Care & Billing Inquiries** | **1-800-525-3355** |
| | International Collect | 1-954-473-2123 |
| | Cash Advance at ATMs Inquiries | 1-800-CASH-NOW |
| | **Large Print & Braille Statements** | **1-800-525-3355** |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-525-3355**

🖥 **Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
PO BOX 6031
CAROL STREAM IL
60197-6031

## Fees

| | | Amount |
|---|---|---|
| 05/12/25 | Late Payment Fee | $40.00 |
| **Total Fees for this Period** | | **$40.00** |

## Interest Charged

| | | Amount |
|---|---|---|
| 05/18/25 | Interest Charge on Pay Over Time Purchases | $366.66 |
| **Total Interest Charged for this Period** | | **$366.66** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2025 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2025 | $160.00 |
| Total Interest in 2025 | $1,038.94 |

## Interest Charge Calculation

Days in Billing Period: 31

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
Variable APRs will not exceed 29.99%.

| | Transactions Dated From | To | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| Pay Over Time | 06/07/2024 | | 26.24% (v) | $16,450.33 | $366.66 |
| Cash Advances | 06/07/2024 | | 29.49% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$366.66** |

(v) Variable Rate

MATTHEW MUTCH                    Account Ending █1009                        p. 4/5

---

## Information on Pay Over Time and Purchasing Options

**Pay Over Time Limit: $15,000.00**

The total of your Pay Over Time and/or Cash Advance balance and Plan balance cannot exceed your Pay Over Time Limit. No charge or portion of a charge during the billing period will be added to a Pay Over Time balance if it would cause the total of your Pay Over Time, Cash Advance, and Plan balances to go over your Pay Over Time Limit. Charges will be added to your Pay Over Time balance, subject to your Available Pay Over Time Limit. A charge or portion of a charge may be later added, subject to your Available Pay Over Time Limit, on the Statement Closing Date. **This is not a spending limit.** We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit.

**AMERICAN EXPRESS** MATTHEW MUTCH              Closing Date 05/18/25        Account Ending ██1009

**IMPORTANT NOTICES**

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*End of Important Notices.*



## Platinum Card®

MATTHEW MUTCH
Closing Date 06/17/25
Account Ending ███1009



p. 1/7

**Customer Care:** 1-800-525-3355
**TTY:** Use Relay 711
**Website:** americanexpress.com

| | |
|---|---|
| **New Balance** | **$76,285.07** |
| **Minimum Payment Due** | **$62,132.48** |
| Includes the past due amount of $61,563.38 | |
| **Payment Due Date** | **07/12/25** |

**Visit**
**www.membershiprewards.com**

### Account Summary

**Pay In Full**
| | |
|---|---|
| Previous Balance | $59,242.11 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$40.00 |
| New Balance    = | $59,282.11 |

**Pay Over Time and/or Cash Advance**
| | |
|---|---|
| Previous Balance | $16,640.26 |
| Payments/Credits | -$0.00 |
| New Pay Over Time Charges | +$0.00 |
| New Cash Advances | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$362.70 |
| New Balance    = | $17,002.96 |
| Minimum Due | $2,850.37 |

**Account Total**
| | |
|---|---|
| **Previous Balance** | **$75,882.37** |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| New Cash Advances | +$0.00 |
| Fees | +$40.00 |
| Interest Charged | +$362.70 |
| **New Balance** | **$76,285.07** |
| **Minimum Payment Due** | **$62,132.48** |
| **Pay Over Time Limit** | $15,000.00 |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 07/12/25, you may have to pay a late fee of up to $40.00 and your Pay Over Time APR may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you have a Pay Over Time and/or Cash Advance balance and you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 25 years | $47,431 |

If you would like information about credit counseling services, call 1-888-733-4139.

⟶ See page 2 for important information about your account.

⚠ Your account is cancelled and past due.

⟶ Please refer to the **IMPORTANT NOTICES** section for any changes to your Account terms and any other communications.

⟶ For more information on your Pay Over Time Limit and your purchasing options, please refer to the **Information on Pay Over Time and Purchasing Options** section.

ⓘ Please note, your preset spending limit is $15,000.00. You have spent $76,285.07.

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending** ███1009

Enter 15 digit account # on all payments.
Make check payable to American Express.

MATTHEW MUTCH

███████████████

| | |
|---|---|
| Payment Due Date | **07/12/25** |
| New Balance | **$76,285.07** |
| Minimum Payment Due | **$62,132.48** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$_____ • _____
**Amount Enclosed**

0000349993253404855 00762850700621324B 14 A

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time and/or Cash Advance balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. If you have Pay Over Time, we will not charge you interest on charges automatically added to a Pay Over Time balance if each month you pay your Account Total New Balance on your billing statement (or, if you have a Plan balance, your Adjusted Balance on your billing statement) by the due date. If you have Cash Advance on your Account, we will begin charging interest on cash advances on the transaction date. If you have Pay Over Time Select: we will begin charging interest on purchases added to a Pay Over Time Select balance at your request on the date that they are added to your Pay Over Time Select balance.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

### Change of Address, phone number, email

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

### Please do not add any written communication or address change on this stub

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

 **Platinum Card®**

MATTHEW MUTCH
Closing Date 06/17/25



p. 3/7

Account Ending ▆▆1009

| | |
|---|---|
| 📞 **Customer Care & Billing Inquiries** | **1-800-525-3355** |
| International Collect | 1-954-473-2123 |
| Cash Advance at ATMs Inquiries | 1-800-CASH-NOW |
| **Large Print & Braille Statements** | **1-800-525-3355** |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-525-3355**

💻 **Website:** americanexpress.com

| **Customer Care & Billing Inquiries** | **Payments** |
|---|---|
| P.O. BOX 981535 | PO BOX 6031 |
| EL PASO, TX | CAROL STREAM IL |
| 79998-1535 | 60197-6031 |

## Fees

| | Amount |
|---|---|
| 06/12/25    Late Payment Fee | $40.00 |
| **Total Fees for this Period** | **$40.00** |

## Interest Charged

| | Amount |
|---|---|
| 06/17/25    Interest Charge on Pay Over Time Purchases | $362.70 |
| **Total Interest Charged for this Period** | **$362.70** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2025 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2025 | $200.00 |
| Total Interest in 2025 | $1,401.64 |

## Interest Charge Calculation

Days in Billing Period: 30

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
Variable APRs will not exceed 29.99%.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Pay Over Time | 06/07/2024 | | 26.24% (v) | $16,814.91 | $362.70 |
| Cash Advances | 06/07/2024 | | 29.49% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$362.70** |

(v) Variable Rate

MATTHEW MUTCH                    Account Ending ■1009                              p. 4/7

---

## Information on Pay Over Time and Purchasing Options

**Pay Over Time Limit: $15,000.00**

The total of your Pay Over Time and/or Cash Advance balance and Plan balance cannot exceed your Pay Over Time Limit. No charge or portion of a charge during the billing period will be added to a Pay Over Time balance if it would cause the total of your Pay Over Time, Cash Advance, and Plan balances to go over your Pay Over Time Limit. Charges will be added to your Pay Over Time balance, subject to your Available Pay Over Time Limit. A charge or portion of a charge may be later added, subject to your Available Pay Over Time Limit, on the Statement Closing Date. **This is not a spending limit.** We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit.

MATTHEW MUTCH                    Closing Date 06/17/25            Account Ending ███ 1009

**IMPORTANT NOTICES**

## Notice of Important Changes to Your Card Member Agreement

We are making changes to your American Express Card Member Agreement *(Agreement)* for the Account referenced with this notice. We encourage you to read this notice, share it with Additional Card Members on your Account, and file it for future reference. Additional detail of the changes to your Agreement can be found after the below summary chart. Any terms and conditions in the Agreement conflicting with these changes are completely replaced. Please visit **www.americanexpress.com** or call the number on the back of your Card to request a copy of the updated Agreement or if you have any questions.

| Summary of Changes, Effective June 4, 2025 | |
|---|---|
| **For Accounts with the Pay Over Time feature:** | |
| **Penalty APR and When it Applies** | We are clarifying the *Penalty APR and When it Applies* section on page 1 of Part 1 of the Agreement. In addition, we are moving any relevant information from the section *Penalty APR for new transactions* to this section. |
| **Penalty APR for new transactions** | We are deleting the *Penalty APR for new transactions* section from page 2 of Part 1 and moving any relevant information from this section to the *Penalty APR and When it Applies* section on page 1 of Part 1 of the Agreement. |
| **For all Accounts:** | |
| **Words we use in the Agreement** | We are renaming the section *Words we use in the Agreement* to *Definitions* and modifying some defined terms in Part 2 of the Agreement. |
| **Other changes** | We are reorganizing and simplifying existing language in your Card Member Agreement. These changes will not affect the way your Account works and may not be included in the Detail of Changes to Your Card Member Agreement below. |

ID 13631

*See the following for the Detail of Changes to Your Agreement*

CMLENGDPRUS0326

*Important Notices continued on next page.*

MATTHEW MUTCH                          Closing Date 06/17/25                          Account Ending ▮1009

**IMPORTANT NOTICES continued**

## Detail of Changes to Your Card Member Agreement

This notice amends your Agreement as described below. In addition, your Agreement is amended to reflect other changes to reorganize and simplify existing language.

**Effective June 4, 2025**, we will be making the following changes:

- If you have the *Pay Over Time* feature, the *Penalty APR and When it Applies* section on page 1 of Part 1 of the Agreement is amended by deleting the penalty criteria and replacing it with the following:

  We have the right to apply the penalty APR to new transactions in a Pay Over Time balance if:

  - you do not pay at least the Minimum Payment Due (or amount due, if applicable) by the Payment Due Date; or
  - your payment is returned by your bank

  and we will notify you if we do.

- We are deleting the *Penalty APR for new transactions* section from page 2 of Part 1 and are moving any relevant information from this section to the *Penalty APR and When it Applies* section on page 1 of Part 1 of the Agreement.

- We are deleting the section *Words we use in the Agreement* in Part 2 of the Agreement and replacing it with the following:

  **Definitions:** *We*, *us*, and *our* mean the issuer shown on page 1 of Part 1. *You* and *your* mean the person who applied for this Account and for whom we opened the Account. We will refer to you as either the *Basic* or *Primary Card Member*. You may request *Additional Cards* (which include Companion Cards, if available) for *Additional Card Members*. *Card* means any American Express Card or other device that we issue to access your Account.

  A *charge* is any amount added to your Account, such as purchases, cash advances, fees, and interest charges. A *purchase* is a charge for goods, services, or person-to-person transactions. A *cash advance* is a charge to get cash or cash equivalents, including travelers cheques, gift cheques, foreign currency, money orders, digital currency, casino gaming chips, race track wagers, and other offline and online betting transactions. A *person-to-person transaction* is a charge for funds sent to another person or a charge to add funds to your Amex Send™ Account. A *plan* is a portion of your Account balance that you have selected to pay through a set number of monthly payments using Plan It. The *Closing Date* appears on each billing statement and is the last day of the billing period covered by the billing statement.

*Important Notices continued on next page.*

**AMERICAN EXPRESS**  MATTHEW MUTCH                    Closing Date 06/17/25            p. 7/7
                                                                            Account Ending ███1009

### IMPORTANT NOTICES continued

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*End of Important Notices.*



**Platinum Card®**

MATTHEW MUTCH
Closing Date 07/18/25
Account Ending ▮1009



p. 1/6

**Customer Care:** 1-800-525-3355
**TTY:** Use Relay 711
**Website:** americanexpress.com

| | |
|---|---|
| **New Balance** | **$76,285.07** |
| **Minimum Payment Due** | **$62,472.53** |
| Includes the past due amount of $62,132.48 | |
| **Payment Due Date** | **08/12/25** |

**Visit**
**www.membershiprewards.com**

## Account Summary

**Pay In Full**

| | |
|---|---|
| Previous Balance | $59,282.11 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$0.00 |
| New Balance = | $59,282.11 |

**Pay Over Time and/or Cash Advance**

| | |
|---|---|
| Previous Balance | $17,002.96 |
| Payments/Credits | -$0.00 |
| New Pay Over Time Charges | +$0.00 |
| New Cash Advances | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance = | $17,002.96 |
| Minimum Due | $3,190.42 |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 08/12/25, you may have to pay a late fee of up to $40.00 and your Pay Over Time APR may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you have a Pay Over Time and/or Cash Advance balance and you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 25 years | $46,663 |

If you would like information about credit counseling services, call 1-888-733-4139.

**Account Total**

| | |
|---|---|
| **Previous Balance** | **$76,285.07** |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| New Cash Advances | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$76,285.07** |
| **Minimum Payment Due** | **$62,472.53** |

| | |
|---|---|
| **Pay Over Time Limit** | $15,000.00 |

➡ See page 2 for important information about your account.

⚠ Your account is past due.

➡ Please refer to the **IMPORTANT NOTICES** section for any changes to your Account terms and any other communications.

➡ For more information on your Pay Over Time Limit and your purchasing options, please refer to the **Information on Pay Over Time and Purchasing Options** section.

ⓘ **This statement is for information purposes only. This is not a bill. Please contact your collections agency for account information. Disregard the Minimum Payment Due, your account is in default and the balance is due in full.**

*Continued on page 3*

↓ Please fold on the perforation below, detach and return with your payment ↓

| ✉ **Payment Coupon** Do not staple or use paper clips | 🖥 **Pay by Computer** americanexpress.com/pbc | 📞 **Pay by Phone** 1-800-472-9297 | **Account Ending** ▮1009 |
|---|---|---|---|

Enter 15 digit account # on all payments.
Make check payable to American Express.

MATTHEW MUTCH

Payment Due Date
**08/12/25**

New Balance
**$76,285.07**

Minimum Payment Due
**$62,472.53**

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$_____ . ____
**Amount Enclosed**

0000349993253404855 0076285070062472530 14 ꓱ

MATTHEW MUTCH                                                     Account Ending ■1009                                                     p. 2/6

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time and/or Cash Advance balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. If you have Pay Over Time, we will not charge you interest on charges automatically added to a Pay Over Time balance if each month you pay your Account Total New Balance on your billing statement (or, if you have a Plan balance, your Adjusted Balance on your billing statement) by the due date. If you have Cash Advance on your Account, we will begin charging interest on cash advances on the transaction date. If you have Pay Over Time Select: we will begin charging interest on purchases added to a Pay Over Time Select balance at your request on the date that they are added to your Pay Over Time Select balance.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
**- Account information:** Your name and account number.
**- Dollar amount:** The dollar amount of the suspected error.
**- Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
**-** We cannot try to collect the amount in question, or report you as delinquent on that amount.
**-** The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
**-** While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
**-** We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

**-** Avoid late fees
**-** Save time

Visit **americanexpress.com/autopay** today to enroll.

**Change of Address, phone number, email**

**-** Online at **www.americanexpress.com/updatecontactinfo**
**-** Via mobile device
**-** Voice automated: call the number on the back of your card
**-** For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**



**Platinum Card®**

MATTHEW MUTCH
Closing Date 07/18/25



p. 3/6

Account Ending ▮1009

| | | |
|---|---|---|
| 📞 | **Customer Care & Billing Inquiries** | **1-800-525-3355** |
| | International Collect | 1-954-473-2123 |
| | Cash Advance at ATMs Inquiries | 1-800-CASH-NOW |
| | **Large Print & Braille Statements** | **1-800-525-3355** |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-525-3355**

🖥 **Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
PO BOX 6031
CAROL STREAM IL
60197-6031

ⓘ Please note, your preset spending limit is $15,000.00. You have spent $76,285.07.

## Fees

| | Amount |
|---|---|
| **Total Fees for this Period** | **$0.00** |

## Interest Charged

| | Amount |
|---|---|
| **Total Interest Charged for this Period** | **$0.00** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2025 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2025 | $200.00 |
| Total Interest in 2025 | $1,401.64 |

## Interest Charge Calculation

Days in Billing Period: 31

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
Variable APRs will not exceed 29.99%.

| | Transactions Dated From | To | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| Pay Over Time | 06/07/2024 | | 26.24% (v) | $0.00 | $0.00 |
| Cash Advances | 06/07/2024 | | 29.49% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$0.00** |

(v) Variable Rate

MATTHEW MUTCH

---

### Information on Pay Over Time and Purchasing Options

**Pay Over Time Limit: $15,000.00**

The total of your Pay Over Time and/or Cash Advance balance and Plan balance cannot exceed your Pay Over Time Limit. No charge or portion of a charge during the billing period will be added to a Pay Over Time balance if it would cause the total of your Pay Over Time, Cash Advance, and Plan balances to go over your Pay Over Time Limit. Charges will be added to your Pay Over Time balance, subject to your Available Pay Over Time Limit. A charge or portion of a charge may be later added, subject to your Available Pay Over Time Limit, on the Statement Closing Date. **This is not a spending limit.** We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit.

**AMERICAN EXPRESS**  MATTHEW MUTCH                    Closing Date 07/18/25              p. 5/6
                                                                              Account Ending █1009

**IMPORTANT NOTICES**

## Detail of Important Changes to the Membership Rewards Program

**Effective September 16, 2025**, the ratio for transferring Membership Rewards® points to Emirates Skywards® Miles will be changed from: "1 Membership Rewards point = 1 Skywards mile" to "5 Membership Rewards points = 4 Skywards miles."

ID 13636

CMLENGDPRUS0331

*Important Notices continued on next page.*

p. 6/6

MATTHEW MUTCH                    Closing Date 07/18/25                    Account Ending ■1009

## IMPORTANT NOTICES continued

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay questions. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*End of Important Notices.*