**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS (SAN ANTONIO DIVISION)**

| | |
|---|---|
| MATTHEW MUTCH,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN EXPRESS NATIONAL BANK<br>et al.,<br><br>　　　　　　　Defendants. | Case No. 5:25-cv-01311-JKP-RBF<br>Hon. Richard B. Farrer |

**[PROPOSED] ORDER GRANTING
DEFENDANT AMERICAN EXPRESS NATIONAL BANK'S
OPPOSED MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

Before the Court is a Motion to Compel Arbitration and Stay Proceedings filed by Defendant American Express National Bank ("American Express").  The Court, after considering the Motion, is of the opinion that the Motion is well taken and should be and is, in all things, **GRANTED.**

**IT IS THEREFORE ORDERED** that:

1.　　A valid, enforceable, and irrevocable agreement to arbitrate (the "Arbitration Agreement") exists between parties, and the Arbitration Agreement encompasses the claims brought by Plaintiff Matthew Mutch ("Plaintiff") against American Express;

2.　　Pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, et seq., and Utah law, the Arbitration Agreement shall be enforced as written, and Plaintiff must arbitrate his claims on an individual basis according to the terms of the Arbitration Agreement; and

3.　　This action is stayed against American Express pending completion of the arbitration proceedings.

**IT IS SO ORDERED**.

SIGNED on _____ at San Antonio, Texas.

_____

UNITED STATES MAGISTRATE JUDGE