# Exhibit B

| | |
|---|---|
| **From:** | Matt Mutch <mattmutch@gmail.com> |
| **Sent:** | Saturday, December 20, 2025 2:40 PM |
| **To:** | Pick, Cullen |
| **Subject:** | Re: Meet and confer and Initial Disclosures |

[EXTERNAL EMAIL]
Hi Cullen,

I respectfully decline.  I'll be responding to your answer (dkt #27) shortly.

Thanks,
Matthew

On Thu, Dec 18, 2025 at 8:41 AM Pick, Cullen <cullen.pick@morganlewis.com> wrote:

Matt,


We'll agree to consolidate the collections suit you referenced below with the arbitration proceeding if you'll agree to stipulate to arbitration with AmEx.  Let us know.  Thanks.


**Cullen Pick**

**Morgan, Lewis & Bockius LLP**

1000 Louisiana Street, Suite 4000 | Houston, TX 77002-5005

Direct: +1.713.890.5470 | Main: +1.713.890.5000 | Fax: +1.713.890.5001

cullen.pick@morganlewis.com | www.morganlewis.com

1

   



**From:** Matt Mutch <mattmutch@gmail.com>
**Sent:** Wednesday, December 10, 2025 12:45 PM
**To:** Pick, Cullen <cullen.pick@morganlewis.com>
**Cc:** Frontino, Brian C. <brian.frontino@morganlewis.com>
**Subject:** Re: Meet and confer and Initial Disclosures

[EXTERNAL EMAIL]

Hi Cullen,

Thank you for your response.  I will be opposing a motion to compel arbitration if one is filed.

Compelling arbitration seems prejudicial in this instance since Amex recently filed litigation against me.  They waived their own arbitration rights when they filed to litigate, and compelling arbitration in one instance but not the other is inconsistent.

I feel like both parties can walk away amicably if we can discuss settlement. Let me know after you have discussed with your client.

Thank you,
Matthew

On Wed, Dec 10, 2025 at 8:08 AM Pick, Cullen <cullen.pick@morganlewis.com> wrote:

Matt,

AmEx rejects your settlement demand and intends to file a motion to compel arbitration pursuant to the binding arbitration provision in your account agreement in the near future.  Let us know if you'll voluntarily submit your claims against AmEx to arbitration before we do so.

**Cullen Pick**

**Morgan, Lewis & Bockius LLP**

1000 Louisiana Street, Suite 4000 | Houston,TX 77002-5005

Direct: +1.713.890.5470 | Main:+1.713.890.5000 | Fax: +1.713.890.5001
cullen.pick@morganlewis.com | www.morganlewis.com

---

**From:** Matt Mutch <mattmutch@gmail.com>
**Sent:** Wednesday, December 10, 2025 7:59 AM
**To:** Pick, Cullen <cullen.pick@morganlewis.com>; allison.cammack@aexp.com <allison.cammack@aexp.com>
**Subject:** Re: Meet and confer and Initial Disclosures

[EXTERNAL EMAIL]

Hi Cullen and Allison,

3

I've yet to hear any response from either of you on the 408 settlement proposal I sent back in November.  I've tried email and calling.

I would appreciate any correspondence since I seem to be the only one trying to meet and confer in good faith.  I've attached the 408 settlement and my 26a initial disclosures to this email for your review.

On Mon, Nov 24, 2025 at 1:45 PM Matt Mutch <mattmutch@gmail.com> wrote:

Hi Allison,

I was told to contact you to discuss potential resolution of the case.  Please let me know when the best time to reach you is.

Sincerely,

Matthew Mutch (Plaintiff)

phone: (562) 458-7790

On Mon, Nov 24, 2025 at 12:59 PM Pick, Cullen <cullen.pick@morganlewis.com> wrote:

Matt,

Please contact Allison Cammack (allison.cammack@aexp.com) AmEx directly to discuss potential resolution.  Thanks.

4

**Cullen Pick**

**Morgan, Lewis & Bockius LLP**

1000 Louisiana Street, Suite 4000 | Houston, TX 77002-5005

Direct: +1.713.890.5470 | Main: +1.713.890.5000 | Fax: +1.713.890.5001

cullen.pick@morganlewis.com | www.morganlewis.com

    



**From:** Matt Mutch <mattmutch@gmail.com>
**Sent:** Wednesday, November 19, 2025 3:07 PM
**To:** Pick, Cullen <cullen.pick@morganlewis.com>
**Subject:** Meet and confer and Initial Disclosures

[EXTERNAL EMAIL]

Hi Cullen,

I tried contacting you and left a message regarding the Mutch v. Transunion case we're filed into.

I am letting you know that I am filing an amended complaint to correct the party names from "American Express Company" to "American Express National Bank."

Also, let's get on the phone to discuss the possibility of an amicable solution for your client and myself.  I've attached the 408 settlement for your review.

I'm available between 10am and 3pm CST this Friday.

Thank,

Matthew Mutch

(562) 458-7790

CONFIDENTIALITY AND PRIVACY NOTICE: This email is from a law firm and may contain information that is confidential, privileged, and/or attorney work product. This email may also contain personal data, which we process in accordance with applicable data protection laws and our Privacy Policies and Notices. If you are not the intended recipient, you may not review, copy, or distribute this message. If you have received this email in error, please contact the sender immediately and delete all copies from your system.