**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| MATTHEW MUTCH,<br>                    Plaintiff,<br><br>v.<br><br>TRANSUNION LLC; EQUIFAX, INC.;<br>EXPERIAN SERVICES CORP;<br>AMERICAN EXPRESS COMPANY; and<br>NELNET, INC;<br>                    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 5:25-CV-01311-JKP |

**[PROPOSED] ORDER ON MOTION TO WITHDRAW**
**THE APPEARANCE OF VINCENT J. HESS**

Having reviewed the Motion to Withdraw the Appearance of Vincent J. Hess as Counsel

for Experian Information Solutions, Inc., and for good cause shown, it is hereby **ORDERED AND**

**ADJUDGED** that the Motion to Withdraw is granted, and that Vincent J. Hess is terminated as

counsel for Experian in this action.

        IT IS SO ORDERED.


Dated: _____          _____
                                     United States District Judge

330156361