**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

MATTHEW MUTCH,

   *Plaintiff*

                                   **Case No. SA-25-CV-01311-JKP**

v.

TRANSUNION LLC, EXPERIAN
SERVICES CORP., AMERICAN
EXPRESS COMPANY, NELNET, INC.,

   *Defendants*

## PARTIAL FINAL JUDGEMENT

The Court considered the issues presented in this action against Defendants TransUnion and Experian Services. For the reasons stated in the Memorandum Opinion and Orders entered on June 9, 2026, the Court **GRANTED** these Defendants' Motions to Dismiss with prejudice. Having disposed of all claims and causes of action against these Defendants, partial final judgment is hereby entered in favor of Defendants TransUnion and Experian Services.

The Court **DISMISSES** this action with prejudice against Defendants TransUnion and Experian Services, and Plaintiff takes nothing from the presented causes of action against them.

SIGNED this 29th day of June, 2026.

JASON PULLIAM
UNITED STATES DISTRICT JUDGE