**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

MATTHEW MUTCH,

 *Plaintiff*

 Case No. SA-25-CV-01311-JKP

v.

TRANSUNION LLC, EXPERIAN
SERVICES CORP., AMERICAN
EXPRESS COMPANY, NELNET, INC.,

 *Defendants*

## PARTIAL FINAL JUDGEMENT

The Court considered the issues presented in this action against Defendant NelNet, Inc. For the reasons stated in the Memorandum Opinion and Orders entered on June 9, 2026, the Court **GRANTED** NelNet's Motion to Dismiss with prejudice. Having disposed of all claims and causes of action against NelNet, partial final judgment is hereby entered in favor of NelNet.

The Court **DISMISSES** this action with prejudice against Defendant NelNet, and Plaintiff takes nothing from the presented causes of action against it.

SIGNED this 29th day of June, 2026.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE